UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re                                                  Chapter 11

2271 Associates, Inc, et al.                  Case Nos. 11-23351-
                                                                              23358

                             Debtors.
------------------------------------------------------------x

## NOTICE OF SETTLEMENT

        PLEASE TAKE NOTICE, that upon the attached applications to retain the undersigned as counsel to 2271 Associates, Inc., 2345 Associates, Inc., 2350 Associates, Inc., 3212 Associates, Inc., 735 Associates, Inc., Pipedreams Realty II Corp., Pipedreams Realty IV Corp. and Pipedreams Realty V Corp. (collectively, the "Debtors") pursuant to section 327 of the Bankruptcy Code, the undersigned will present the attached order to the Honorable Robert D. Drain for approval on August 31, 2011 (the "Settlement Date").

        PLEASE TAKE FURTHER NOTICE, that objections, if any, to the proposed order must be served upon the undersigned, filed electronically with the Clerk of the Bankruptcy Court, and with a courtesy copy to be received by Judge Drain's chambers, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601-4140 not later than August 30, 2011.

Dated: New York, New York
August 16, 2011

                                                **BACKENROTH FRANKEL & KRINSKY, LLP**

                                 By:   s/Mark Frankel
                                        489 Fifth Avenue
                                        New York, New York 10017
                                        (212) 593-1100