# EXHIBIT "K"

# EXHIBIT "K"

July 7, 2011

Open Bills for:

735 Bryant Avenue, 1221-1225 Sheridan Avenue, 2265-2271 Morris Avenue, 2345 Crotona Avenue, 2350 Creston Avenue and 3212 Cruger Avenue

| | |
|---|---:|
| Payroll made in May for week ending 4/29 | $2,989.00 |
| A.Goidner (Plumber) | 2,057.74 |
| Allied Interstate (Health Dept. Fine) | 1,380.00 |
| Atlas Welding (Boiler Repairs) | 3,652.76 |
| C&H (Plumbing) | 1,406.00 |
| Citiwide (Intercom) | 630.39 |
| County Oil | 148,839.51 |
| Con Edison | 322.06 |
| CS Brown (Supplies) | 12,308.37 |
| Chappie Prince (Painter) | 1,340.00 |
| Data Waterproofing | 4,725.00 |
| Dept. Homeless Services (Return Rent) | 1,020.00 |
| Excellent Boiler (Repair) | 283.08 |
| G.Bauer (Boiler Repair) | 3,032.18 |
| Global Pest Control | 686.09 |
| Gotham Wiring (Electrician) | 225.37 |
| H Classic Floors | 1,600.00 |
| Jose Gomez (Carpenter) | 7,375.00 |
| Jorge Torres (Refrigerators) | 65.00 |
| Laird Construction | 3,600.00 |
| Mariano Contreras (Welder) | 1,050.00 |
| Mark Hertz Co. (Professional) | 400.00 |
| Mister Refinishing (Bathtub Glaze) | 1,050.00 |
| Novick & Edelstein (Legal Fees) | 8,146.15 |
| NY Excel Door | 600.00 |
| Webster Locksmith | 1,650.66 |
| Grand Total | 210,934.36 |

| CD | ACT# | DESCRIPTION | CASH-MTD | CASH-FYTD | BUD/LYR | %-YR %+- |
|----|------|-------------|----------|-----------|---------|----------|

** DISBURSEMENTS **

GENERAL

| CD | DESCRIPTION | CASH-MTD | CASH-FYTD |
|----|-------------|----------|-----------|
| 17 | 1ST MTG.P&I | 0.00 | 0.00 |
| 18 | 2ND MTG | 0.00 | 0.00 |
| 19 | TRANSFER | 0.00 | 0.00 |
| 20 | ESCROW | 0.00 | 0.00 |
| 21 | LOAN/RETURN | 0.00 | 0.00 |
| 22 | DISTR/DRAW | 0.00 | 0.00 |
| 23 | AUTO -TRAVEL | 0.00 | 0.00 |
| 24 | MISCELL. | 0.00 | 0.00 |
| | * SUBTOTAL: | 0.00 | 0.00 |
| | ADMIN | | |
| 25 | ACCOUNTING | 0.00 | 800.00 |
| 26 | SECURITY ACT | 0.00 | 0.00 |
| 27 | LEGAL | 0.00 | 44,586.38 |
| 28 | MANAGEMENT | 0.00 | 84,109.13 |
| 29 | PAYROLL PREP | 0.00 | 0.00 |
| 30 | PROFESSIONAL | 0.00 | 141,223.00 |
| 31 | TELEPHONE | 0.00 | 0.00 |
| 32 | MEDICAL | 0.00 | 0.00 |
| 33 | ADMIN. MISC. | 93.81 | 200.83 |
| | * SUBTOTAL: | 93.81 | 270,919.34 |
| | OPERATION | | |
| 34 | EXTERMINATNG | 0.00 | 5,364.58 |
| 35 | FUEL | 92,542.79- | 264,120.41 |
| 36 | GAS/ELEC | 0.00 | 15,660.04 |
| 37 | INSURANCE | 0.00 | 2,498.00 |
| 38 | PAYROLL | 0.00 | 51,009.77 |
| 39 | PERMIT/LIC | 0.00 | 3,506.00 |
| 40 | REIMB TENANT | 0.00 | 0.00 |
| 41 | RUBBISH REMV | 0.00 | 8,718.10 |
| 42 | RENTS | 154,010.52 | 154,010.52 |
| 43 | SUPPLIES | 160.00 | 36,932.13 |
| 44 | UNION COSTS | 0.00 | 0.00 |
| 45 | VIOLATION | 0.00 | 0.00 |
| 46 | OPER.MISC. | 0.00 | 0.00 |
| | * SUBTOTAL: | 61,627.73 | 541,819.55 |
| | RENTAL | | |
| 47 | ADVERTISING | 0.00 | 0.00 |
| 48 | CREDIT REPRT | 0.00 | 0.00 |
| 49 | RENTING COMM | 0.00 | 0.00 |
| 50 | RENT REFUND | 0.00 | 0.00 |
| 51 | BANK CHARGES | 0.00 | 0.00 |
| | * SUBTOTAL: | 0.00 | 0.00 |
| | REPAIR/MAINT | | |
| 52 | APPL REPAIR | 685.00 | 5,245.00 |
| 53 | BOILER REPR | 0.00 | 22,889.17 |
| 54 | BURNER REPR | 0.00 | 10,466.68 |
| 55 | CARPENTRY | 0.00 | 19,575.00 |
| 56 | CEMENT/BRICK | 0.00 | 23,160.00 |

| CD | ACT# | DESCRIPTION | CASH-MTD | CASH-FYTD | BUD/LYR %-YR %-- |
|----|------|-------------|----------|-----------|------------------|
| 57 | | COMPCT/SPRIN | 0.00 | 0.00 | |
| 58 | | ELECTRICAL | 0.00 | 13,246.95 | |
| 59 | | ELEVATOR | 0.00 | 0.00 | |
| 60 | | FIRE RESTORE | 0.00 | 0.00 | |
| 61 | | WINDOW/GLASS | ✕ 1,570.00 | 7,839.74 | |
| 62 | | IRON WORKS | 0.00 | 1,325.00 | |
| 63 | | PAINTING | ✕ 2,100.00 | 58,894.00 | |
| 64 | | PLASTER/TILE | 0.00 | 16,951.00 | |
| 65 | | PLUMBING | ✕ 5,889.00 | 54,600.73 | |
| 66 | | REPAIRS | 0.00 | 0.00 | |
| 67 | | ROOFING | 0.00 | 23,275.00 | |
| 68 | | WATERPROOFNG | 0.00 | 5,750.00 | |
| 69 | | PAINT PUB PT | ✕1,000.00 | 3,285.00 | |
| 70 | | LOCKSMITH | 0.00 | 470.61 | |
| 71 | | WINDOW GUARD | 0.00 | 150.00 | |
| 72 | | INTRCOM/ALRM | 0.00 | 1,404.24 | |
| 73 | ✱✱ | LEAD/ASBESTO | 43,770.00- | 22,100.00 | |
| 74 | | GARDENING | 0.00 | 0.00 | |
| 75 | | GEN CONTRACT | 0.00 | 4,900.00 | |
| 76 | | FLOORS | ✕ 1,500.00 | 46,625.00 | |
| | | * SUBTOTAL: | 31,026.00- | 342,153.12 | |
| | | TAXES | | | |
| 77 | | R.E. TAXES | 0.00 | 89,857.74 | |
| 78 | | WATER/SEWER | 0.00 | 0.00 | |
| 79 | | MISC LIENS | 0.00 | 0.00 | |
| 80 | | CORP.TAX | 0.00 | 0.00 | |
| 81 | | FED P/R TAX | 0.00 | 0.00 | |
| 82 | | FED UNEMPL. | 0.00 | 0.00 | |
| 83 | | S&C WITHOLD' | 0.00 | 0.00 | |
| 84 | | | 0.00 | 0.00 | |
| 85 | | NYS U I | 0.00 | 0.00 | |
| 86 | | WORKMN-DBL | 0.00 | 3,101.20 | |
| 87 | | WATER METER | 0.00 | 0.00 | |
| 88 | | MISC TAX | 0.00 | 0.00 | |
| | | * SUBTOTAL: | 0.00 | 92,958.94 | |
| | | CAPITOL IMPR | | | |
| 89 | | APT APPLIANC | 0.00 | 10,284.62 | |
| 90 | | BURNER/BOILR | 0.00 | 0.00 | |
| 91 | | ROOF | 0.00 | 0.00 | |
| 92 | | ADQT.WIRING | 0.00 | 3,450.00 | |
| 93 | | ELEVATOR | 0.00 | 0.00 | |
| 94 | | RENOVATION | 0.00 | 72,750.00 | |
| | | * SUBTOTAL: | 0.00 | 86,484.62 | |
| | | SEC.INT. | | | |
| 95 | 95 | SEC.INT. | 0.00 | 0.00 | |
| 96 | 96 | TNT.SECURITY | ✕ 12,025.88 | 65,785.08 | |
| | | * SUBTOTAL: | 12,025.88 | 65,785.08 | |

```
** TOT DISBURS **:    42,721.42  1,400,120.65
*** NET CASH FLOW:   169,830.54     13,952.62
```

✕ paid for April

✱✱ ✻ cancelled April check

✱✱✱ deposited to Bronx III a/c of May collections

# A. Goldner, Inc.

Plumbing & Heating/Repairs & Installation
1067 Allerton Avenue
Bronx, NY 10469
718-882-8179(1768)  Fax# 718-882-0744

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/22/2011 | 13538 |

| Bill To |
|---------|
| Soloff Management |
| 2562 Briggs Avenue |
| Bronx, N.Y. 10458 |

| Work Site Location |
|--------------------|
| 725 Bryant Avenue |
| Job Location: |
| Apartment 4E |

| P.O. No |
|---------|
| |

| Description | Amount |
|-------------|--------|
| Provided necessary Labor & Materials to perform the following: | |
| | |
| Purchased and obtained necessary permit from N.Y.C. Dept. of Buildings. | |
| Performed necessary filing with Con-Edison. | |
| Performed 'Integrity Test' on existing gas line for Apt. 4E & performed inspection with NYC Dept. of Building. | |
| At time of Inspection, we were notified by Inspector at site that requirements had changed. | |
| Existing gas line had to meet new requirements. | |
| Made changes to piping as required. | |
| Scheduled and performed Inspection with D.O.B | |
| Obtained sign - off. | |
| | |
| $ 1,095.00 - As Agreed | |
| $  795.00 - Additional for changes | |
| | |
| Labor & Material | |
| Mi | 1,890.00T |

Alan Goldner
Lic. Master Plumber #1657

| | |
|--|--|
| **Subtotal** | $1,890.00 |
| **Sales Tax  (8.875%)** | $167.74 |
| **Total** | $2,057.74 |

PO BOX 1962
SOUTHGATE, MI 48195-0962

**Allied**Interstate.

Consumer Service Department:
PO Box 361315
Columbus, OH 43236
Mon. - Fri. 8 am to 5 pm EST
(800) 652-7533

| | |
|---|---|
| Client Name: | New York City Department of Health and Mental Hygiene |
| Amount Due: | $1,380.00 |
| Docket: | HV2178210W0 |
| Contact Phone: | (800)652-7533 |

011 735410273
001047/0006

SONTAG ALBERT
2562 BRIGGS AVE
BRONX, NY 10458     4605

Notice Dated:     5/7/2011

See Consumer Rights Information
on next page

New York license No.: 0933734.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

RE: N.Y.C. DEPT. OF HEALTH AND MENTAL HYGIENE - OUTSTANDING FINE

Dear Sir/Madam:

The New York City Department of Health Administrative Tribunal has referred the above to us for collection of the unpaid fine amount, stated above.

Full payment of this fine should be mailed in the enclosed return envelope. To ensure proper credit, please make your certified check or money order payable to the NYC Department of Health and Mental Hygiene indicating the docket number with your payment, stated above.

If you are unable to make full payment or have any questions, please contact this office and speak with an Account Representative. If you dispute the amount owed, please notify this office in writing for verification of the account, and amount owed will be sent to you.

Non payment may result in the revocation and / or the renewal of your New York City Dept. of Health permit and in a judgment being filed against you in the office of the County Clerk by the New York Dept. of Health and Mental Hygiene.

| | |
|---|---|
| Debtor Name: | SONTAG ALBERT |
| **Amount Due:** | **$1,380.00** |
| Docket: | HV2178210W0 |

PAY THIS AMOUNT $1,380.00

Make
Payable
To:

New York City Department of
Health and Mental Hygiene
PO Box 4859
Church Street Station
New York, NY 10261



**atlas**
WELDING & BOILER REPAIR

# Invoice

Invoice Number: 326012
Invoice Date: 4/27/2011
Page: 1 of 2

Bill To:

SOLOFF MANAGEMENT
2662 BRIGGS AVE
BRONX, NY 104584605

Service Location 004933

2265 MORRIS AV
2265 MORRIS AV
BRONX, NY

| Work Order ID | Complete Date | PO Number | Terms | Called In By |
|---|---|---|---|---|
| 326012 | 04 /25/2011 | | Net 30 Days | RALPH SOLOFF |

## Description of Work

APRIL 25, 2011
AS PER ESTIMATE:
OPENED THE FIRE TUBE ACCESS DOORS.
WIRE BRUSHED ALL OF THE FIRE TUBES.
VACUUMED OUT ALL OF THE SOOT FROM THE SMOKE HOODS, FURNACE,
BREECHING IN THE VICINITY OF THE BOILER AND THE CHIMNEY BASE.
CUT OUT ONE (1) LEAKING UPPER PASS AND FIVE (5) LEAKING LOWER PASS TUBES.
EXAMINED THE TUBE SHEETS.
FURNISHED AND INSTALLED SIX (6) NEW SA178, 11 GAUGE DOMESTIC BOILER TUBES.
EXPANDED THE NEW TUBES INTO THE FRONT AND REAR TUBE SHEETS.
DISCONNECTED THE DOMESTIC HOT WATER COIL PIPING, REMOVED THE COIL.
CLEANED AND EXAMINED THE MATING SURFACES.
RESET THE COIL WITH A NEW GASKET.
RECONNECTED THE COIL PIPING.
FILLED THE BOILER, PROVED OUR WORK LEAK-FREE.
REMOVED ALL LOOSE AND DETERIORATED REFRACTORY FROM THE FRONT WALL.
WELDED IN ANCHORING CLIPS AS NEEDED TO THE FRONT WALL.
FURNISHED AND INSTALLED NEW HIGH TEMPERATURE PLASTIC REFRACTORY
POUNDED INTO FRONT WALL.
REPLACED THE DETERIORATED INSULATING REFRACTORY AT THE FURNACE ACCESS DOOR.
REMOVED THE DETERIORATED INSULATION FROM THE FRONT SMOKE HOOD.
FURNISHED AND INSTALLED NEW HIGH TEMPERATURE CERAMIC WOOL
INSULATION WITH SECURING CLIPS.
CLOSED THE ACCESS DOORS IN GOOD ORDER WITH NEW GASKETS,
REPLACING TEN (10) BROKEN/MISSING DOOR FASTENERS.
REMOVED ALL RELATED DEBRIS.

AGREED PRICE:                    $2,885.00

****** ADDITIONAL WORK ******
FURNISHED AND INSTALLED ONE (1) EXTRA
UPPER PASS AND THREE (3) LOWER PASS TUBES.

ADDITIONAL COST:                 $490.00

# Invoice

Invoice Number: 326012
Invoice Date: 4/27/2011
Page: 2 of 2

Bill To:
SOLOFF MANAGEMENT
2562 BRIGGS AVE
BRONX, NY 104584605

Service Location 004933

2265 MORRIS AV
2265 MORRIS AV
BRONX, NY

| Work Order ID | Complete Date | PO Number | Terms | Called In By |
|---|---|---|---|---|
| 326012 | 04 /25/2011 | | Net 30 Days | RALPH SOLOFF |

| | |
|---|---|
| Invoice Subtotal | 3,355.00 |
| Sales Tax | 297.76 |
| Invoice Total | 3,652.76 |
| Payment Received | 0.00 |
| Balance Due | $3,652.76 |

P.O. Box 1300
Riverdale, NY 10471

Tel # (718) 601-0941
Beeper # (917) 927-5793

# C·H
# GENERAL MAINTENANCE
## SEWERS, DRAINS & HEATING

TO: All city Realty Corp.
2562 Briggs Ave
Bronx, NY 40458

DATE: 4/30/ 20 11
BUILDING: 2350
Creston
APT: Basement

| | | | | |
|---|---|---|---|---|
| | Replaced corroded | | | |
| | steam return lines | | | |
| | in livingroom. Cut | | | |
| | corroded wood | | | |
| | floor across wall | | | |
| | in livingroom. Cut | | | |
| | old pipes. Replaced | | | |
| | return line from | | | |
| | bathroom 2" riser | | | |
| | to livingroom floor | | | |
| | return line. Also | | | |
| | replaced 1/4" return | | | |
| | line from ceiling | | | |
| | to floor 1/4" | | | |
| | return line. Re- | | | |
| | located pipe for | | | |
| | better pitch to | | | |
| | avoid banging. Used | | | |
| | 2 1/2" length copper | | | |
| | pipe + fittings | | | |
| | with black pipe + | | | |
| | fittings. | | | |
| | | MATERIALS | 451 | 00 |
| | | LABOR | 955 | 00 |
| | | | 1,406 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Citiwide

```
299·95 +
330·44 +


630·39 *
```



# CITIWIDE
## GET WIRED
4215 Katonah Avenue, Bronx, NY 10470
Phone: (718) 325-5582 Fax: (718) 325-0598
www.citiwideny.com

**Bill To:**
Albert Sontag Receiver
C/O All City Realty
2562 Briggs Avenue
Bronx, NY 10458

**Job Location:**
3212 Cruger Avenue
Apartment:
4A

# INVOICE

**Invoice Date:**
05/03/2011

**Customer Ref#**
14225

**PO Numbers:**

**Service Date:**
04/12/2011

## Description of Work:

FOUND UNIT IN APARTMENT 4A NOT WORKING SO WENT TO BASEMENT AND FOUND SYSTEM WORKING, TRACED TO BROKEN WIRE IN CLOSET, REPAIRED WIRE AND RAN 5 FEET OF 12 CONDUCTOR WIRE. SPLICED NEW WIRE TO EXISTING WIRE AND RESTORED SERVICE. TESTED AND LEFT IN WORKING ORDER.

| Quantity | Part Number | Item Description | Total Price |
|---|---|---|---|
| 1.0 | INT-RP | INTERCOM REPAIR | |
| | | | 275.50 |

| | |
|---|---|
| Subtotal: | 275.50 |
| Tax: | + 24.45 |
| Total: | 299.95 |
| Payments: | 0.00 |
| Amount Due: | 299.95 |

........................................................

**Please Return This Portion With Your Payment**

**Bill To:**
Albert Sontag Receiver
C/O All City Realty
2562 Briggs Avenue,
Bronx, NY 10458

Invoice Ref.# 140015
Customer Ref# 14225
Amount Due: 299.95

*Thank You for Your Prompt Payment*

INTERCOMS • CLOSED CIRCUIT TV SYSTEMS • MASTER ANTENNAS
LICENSED ELECTRICAL CONTRACTING • TELEPHONE ENTRY SYSTEMS
COVERT CAMERA SURVEILLANCE • ROOF ALARMS • MAILBOXES • CARD ACCESS

# CITIWIDE

G E T   W I R E D

4215 Katonah Avenue, Bronx, NY 10470
Phone: (718) 325-5582 Fax: (718) 325-0688
www.citiwideny.com

Bill To:
Albert Sontag Receiver
C/O All City Realty
2562 Briggs Avenue
Bronx, NY 10458

## INVOICE

Invoice Date
05/04/2011
Customer Ref #
14225
PO Number(s)
Service Date
03/07/2011

Job Location
3212 Cruger Avenue
Apartment(s)
3E

## Description of Work:

INTERCOM UNIT AT THE ABOVE MENTIONED APARTMENT NOT WORKING. WE HAD TO CHOP OPEN THE WALL AND LOCATE THE SHORTED WIRES AND REPAIR SAME. WE SUPPLIED & INSTALLED ONE NEW INTERCOM UNIT AND UNIVERSAL ADAPTER PLATE. WE PERFORMED THE PROPER & NECESSARY CONNECTIONS TO RESTORE PROPER SERVICE.

| Quantity | Part Number | Item Description | Total Price |
|---|---|---|---|
| 1.0 | INT-RP | INTERCOM REPAIR | 303.50 |
| | | Subtotal: | 303.50 |
| | | Tax | + 26.94 |
| | | Total: | 330.44 |
| | | Payments: | 0.00 |
| | | Amount Due: | 330.44 |

---

## Please Return This Portion With Your Payment

Bill To:
Albert Sontag Receiver
C/O All City Realty
2562 Briggs Avenue,
Bronx, NY 10458

Invoice Ref #: 140036
Customer Ref #: 14225
Amount Due: 330.44

## Thank You for Your Prompt Payment

INTERCOMS • CLOSED CIRCUIT TV SYSTEMS • MASTER ANTENNAS
LICENSED ELECTRICAL CONTRACTING • TELEPHONE ENTRY SYSTEMS
COVERT CAMERA SURVEILLANCE • ROOF ALARMS • MAILBOXES • CARD ACCESS

## County Oic

··0··CA

16,166.65 +
17,987.67 +
23,444.05 +
27,210.16 +
15,021.31 +
8,877.28 +
19,288.27 +
20,844.12 +

148,839.51 *

COUNTY OIL COMPANY, INC.
18-73 42ND STREET
ASTORIA, NY 11105

PHONE: (718)526-7000

DATE: 05/09/11 68 A

# COUNTY OIL COMPANY, INC.

## STATEMENT

OWNER: SONTAG ALBERT
ACCOUNT NUMBER: 2271MORR

AMOUNT ENCLOSED: _____

ALBERT SONTAG RECEIV
2562 BRIGGS AVE
BRONX, NY 10458

RE: 68
2271 MORRIS AVE,

PAGE : 1

TERMS: NET 30 DAYS FROM INVOICE DATE

| DATE | INV. # | REFERENCE | AMOUNT | ADJUST | PAY DATE | PAYMENT | BALANCE |
|------|--------|-----------|--------|--------|----------|---------|---------|
| 03/04/11 | 191171 | FUEL DELIVERY | 7091.37 | 0.00 | / / | 0.00 | 7091.37 |
| 03/28/11 | 192323 | FUEL DELIVERY | 5322.07 | 0.00 | / / | 0.00 | 5322.07 |
| 04/21/11 | 193389 | FUEL DELIVERY | 3753.21 | 0.00 | / / | 0.00 | 3753.21 |

-Current-- ----30---- ----60---- ----90---- ----120---
  3753.21    5322.07    7091.37     0.00      0.00   Open Balance  16166.65

*** PLEASE SEE REVERSE SIDE OF INVOICE***

COUNTY OIL COMPANY, INC.
18-73 42ND STREET
ASTORIA, NY 11105

PHONE: (718)526-7800

DATE: 05/09/11 08 A

# COUNTY OIL COMPANY, INC.

## STATEMENT

OWNER: SONTAG ALBERT
ACCOUNT NUMBER: 2265MORR

AMOUNT ENCLOSED: _____

ALBERT SONTAG RECEIV
2562 BRIGGS AVE
BRONX, NY 10458

RE:  68
     2265 MORRIS AVENUE, BRONX

PAGE :   1

TERMS: NET 30 DAYS FROM INVOICE DATE

| DATE | INV. # | REFERENCE | AMOUNT | ADJUST | PAY DATE | PAYMENT | BALANCE |
|------|--------|-----------|--------|--------|----------|---------|---------|
| 03/04/11 | 191170 | FUEL DELIVERY | 3549.23 | 0.00 | / / | 0.00 | 3549.23 |
| 03/15/11 | 191733 | FUEL DELIVERY | 3443.80 | 0.00 | / / | 0.00 | 3443.80 |
| 03/28/11 | 192321 | FUEL DELIVERY | 3545.69 | 0.00 | / / | 0.00 | 3545.69 |
| 04/07/11 | 192839 | FUEL DELIVERY | 3691.99 | 0.00 | / / | 0.00 | 3691.99 |
| 04/21/11 | 193388 | FUEL DELIVERY | 3756.96 | 0.00 | / / | 0.00 | 3756.96 |

| -Current-- | ----30---- | ----60---- | ----90---- | ----120--- | | |
|------------|------------|------------|------------|------------|---|---|
| 3756.96 | 10681.48 | 3549.23 | 0.00 | 0.00 | Open Balance | 17987.67 |

*** PLEASE SEE REVERSE SIDE OF INVOICE***

COUNTY OIL COMPANY, INC.
18-73 42ND STREET
ASTORIA, NY 11105

PHONE: (718)626-7000

DATE: 05/09/11 69 A

# COUNTY OIL COMPANY, INC.

## STATEMENT

OWNER: SOLOFF
ACCOUNT NUMBER: 2350CRES

AMOUNT ENCLOSED: _____

ALBERT SONTAG RECEIV
2562 BRIGGS AVE
BRONX, NY 10458

RE:  68
     2350 CRESTON AVE,

PAGE :   1

TERMS: NET 30 DAYS FROM INVOICE DATE

| DATE | INV. # | REFERENCE | AMOUNT | ADJUST | PAY DATE | PAYMENT | BALANCE |
|------|--------|-----------|--------|--------|----------|---------|---------|
| 03/08/11 | 191322 | FUEL DELIVERY | 7133.17 | 0.00 | / / | 0.00 | 7133.17 |
| 03/29/11 | 192372 | FUEL DELIVERY | 8811.96 | 0.00 | / / | 0.00 | 8811.96 |
| 04/21/11 | 193390 | FUEL DELIVERY | 7498.92 | 0.00 | / / | 0.00 | 7498.92 |

| -Current-- | ----30---- | ----60---- | ----90---- | ----120--- | | |
|------------|-----------|-----------|-----------|-----------|---|---|
| 7498.92 | 8811.96 | 7133.17 | 0.00 | 0.00 | Open Balance | 23444.05 |

*** PLEASE SEE REVERSE SIDE OF INVOICE***

COUNTY OIL COMPANY, INC.
18-73 42ND STREET
ASTORIA, NY 11105

PHONE: (718)626-7000

DATE: 05/09/11 68 A

# COUNTY OIL COMPANY, INC.

## STATEMENT

OWNER: SONTAG ALBERT
ACCOUNT NUMBER: 735BRYAN

ALBERT SONTAG RECEIV
2562 BRIGGS AVE
BRONX, NY 10458

AMOUNT ENCLOSED: _____

RE:  68
     735 BRYANT AVE, BRONX

PAGE :   1

TERMS: NET 30 DAYS FROM INVOICE DATE

| DATE | INV. # | REFERENCE | AMOUNT | ADJUST | PAY DATE | PAYMENT | BALANCE |
|------|--------|-----------|--------|--------|----------|---------|---------|
| 03/07/11 | 191261 | FUEL DELIVERY | 8972.30 | 0.00 | / / | 0.00 | 8972.30 |
| 03/24/11 | 192115 | FUEL DELIVERY | 8864.21 | 0.00 | / / | 0.00 | 8864.21 |
| 04/21/11 | 193376 | FUEL DELIVERY | 9373.65 | 0.00 | / / | 0.00 | 9373.65 |

| -Current-- | ----30---- | ----60---- | ----90---- | ----120--- | | |
|------------|-----------|-----------|-----------|-----------|---|---|
| 9373.65 | 8864.21 | 8972.30 | 0.00 | 0.00 | Open Balance | 27210.16 |

*** PLEASE SEE REVERSE SIDE OF INVOICE***

COUNTY OIL COMPANY, INC.
18-73 42ND STREET
ASTORIA, NY 11105

PHONE: (718)626-7000

DATE: 05/09/11 68 A

# COUNTY OIL COMPANY, INC.

## STATEMENT

OWNER: SONTAG ALBERT
ACCOUNT NUMBER: 2345CROT

AMOUNT ENCLOSED: _____

ALBERT SONTAG RECEIV
2562 BRIGGS AVE
BRONX, NY 10458

RE: 68
2345 CROTONA AVE,

PAGE : 1

TERMS: NET 30 DAYS FROM INVOICE DATE

| DATE | INV. # | REFERENCE | AMOUNT | ADJUST | PAY DATE | PAYMENT | BALANCE |
|------|--------|-----------|--------|--------|----------|---------|---------|
| 03/21/11 | 191926 | FUEL DELIVERY | 8789.35 | 0.00 | / / | 0.00 | 8789.35 |
| 04/20/11 | 193362 | FUEL DELIVERY | 6231.96 | 0.00 | / / | 0.00 | 6231.96 |

| -Current-- | ----30---- | ----60---- | ----90---- | ----120--- | | |
|------------|-----------|-----------|-----------|-----------|---|---|
| 6231.96 | 8789.35 | 0.00 | 0.00 | 0.00 | Open Balance | 15021.31 |

*** PLEASE SEE REVERSE SIDE OF INVOICE***

3)

COUNTY OIL COMPANY, INC.
18-73 42ND STREET
ASTORIA, NY 11105

PHONE: (718)526-7000

DATE: 05/09/11  58 A

# COUNTY OIL COMPANY, INC.

## STATEMENT

OWNER: SONTAG ALBERT
ACCOUNT NUMBER: 3212CRUG

AMOUNT ENCLOSED: _____

ALBERT SONTAG RECEIV
2562 BRIGGS AVE
BRONX, NY 10458

RE:  68
     3212 CRUGER AVE,

PAGE :   1

TERMS: NET 30 DAYS FROM INVOICE DATE

| DATE | INV. # | REFERENCE | AMOUNT | ADJUST | PAY DATE | PAYMENT | BALANCE |
|------|--------|-----------|--------|--------|----------|---------|---------|
| 03/22/11 | 191985 | FUEL DELIVERY | 8877.28 | 0.00 | / / | 0.00 | 8877.28 |

| -Current-- | ----30---- | ----60---- | ----90---- | ----120--- | | |
|------------|------------|------------|------------|------------|--|--|
| 0.00 | 8877.28 | 0.00 | 0.00 | 0.00 | Open Balance | 8877.28 |

*** PLEASE SEE REVERSE SIDE OF INVOICE***

COUNTY OIL COMPANY, INC.
18-73 42ND STREET
ASTORIA, NY 11105

PHONE: (718)626-7000

DATE: 05/09/11 68 A

# COUNTY OIL COMPANY, INC.
## STATEMENT

OWNER: SONTAG
ACCOUNT NUMBER: 1221SHER

AMOUNT ENCLOSED: _____

1221-1225 REALTY LLC
ALBERT SONTAG RECEIV
2562 BRIGGS AVE
BRONX, NY 10458

RE:  68
     1221 SHERIDAN AVE.

PAGE :   1

TERMS: NET 30 DAYS FROM INVOICE DATE

| DATE | INV. # | REFERENCE | AMOUNT | ADJUST | PAY DATE | PAYMENT | BALANCE |
|------|--------|-----------|--------|--------|----------|---------|---------|
| 03/09/11 | 191435 | FUEL DELIVERY | 9765.53 | 0.00 | / / | 0.00 | 9765.53 |
| 04/01/11 | 192604 | FUEL DELIVERY | 9522.74 | 0.00 | / / | 0.00 | 9522.74 |

| -Current-- | ----30---- | ----60---- | ----90---- | ----120--- | | |
|---|---|---|---|---|---|---|
| 0.00 | 9522.74 | 9765.53 | 0.00 | 0.00 | Open Balance | 19288.27 |

*** PLEASE SEE REVERSE SIDE OF INVOICE***

COUNTY OIL COMPANY, INC.
18-73 42ND STREET
ASTORIA, NY 11105

PHONE: (718)526-7000

DATE: 05/09/11 68 A

# COUNTY OIL COMPANY, INC.

## STATEMENT

OWNER: SONTAG ALBERT
ACCOUNT NUMBER: 1225SHER

AMOUNT ENCLOSED: _____

1221-1225 REALTY LLC
ALBERT SONTAG RECEIV
2562 BRIGGS AVE
BRONX, NY 10458

RE: 68
1225 SHERIDAN AVE,

PAGE : 1

TERMS: NET 30 DAYS FROM INVOICE DATE

| DATE | INV. # | REFERENCE | AMOUNT | ADJUST | PAY DATE | PAYMENT | BALANCE |
|------|--------|-----------|--------|--------|----------|---------|---------|
| 03/08/11 | 191363 | FUEL DELIVERY | 3107.20 | 0.00 | / / | 0.00 | 3107.20 |
| 03/17/11 | 191821 | FUEL DELIVERY | 5269.63 | 0.00 | / / | 0.00 | 5269.63 |
| 04/01/11 | 192625 | FUEL DELIVERY | 3170.63 | 0.00 | / / | 0.00 | 3170.63 |
| 04/06/11 | 192809 | FUEL DELIVERY | 4869.91 | 0.00 | / / | 0.00 | 4869.91 |
| 04/21/11 | 193413 | FUEL DELIVERY | 4426.75 | 0.00 | / / | 0.00 | 4426.75 |

| -Current-- | ----30---- | ----60---- | ----90---- | ----120--- | | |
|------------|------------|------------|------------|------------|--|--|
| 4426.75 | 13310.17 | 3107.20 | 0.00 | 0.00 | Open Balance | 20844.12 |

*** PLEASE SEE REVERSE SIDE OF INVOICE***



## conEdison



ON IT. Working for you 24/7.

**ALBERT SONTAG RECEIVER**

Your account number: 30-1103-1215-0006-8

Service delivered to: 3212 ORIUGER AVE HOBM

Your electric rate: EL2 Small Non-Residential
Your gas rate: GS2 General Non-Residential

**Next meter reading date: Thursday, Jun 23, 2011**
Avoid estimated bills - please give us access to read your meter

## Your billing summary as of May 25, 2011

### Your previous charges and payments:

| | |
|---|---|
| Total charges from your last bill | $317.30 |
| Payments through May 23 | None |
| Remaining balance | $317.30 |

### Your new charges

| | |
|---|---|
| Adjustments | $4.76 |
| Total new charges | $4.76 |

### Total amount due | $322.06

Payment is due upon receipt of this bill. To avoid a late payment charge of
1.5%, please pay the total amount due by Jun 20, 2011.

## Message Center

The "Adjustments" amount includes a Late Payment Charge of $4.76 calculated on the portion of your balance which is overdue.

Your current bill has been delayed pending a review of your account. Please use this bill to pay the amount due which includes a late payment charge on your previous balance.

AN OPPORTUNITY TO SAVE Sign up for your free energy survey today. Save energy, save money, help the environment and receive financial incentives on energy-efficient lighting, heating and cooling systems for your business. For more information call 1-877-870-6118, or visit www.coned.com/energyefficiency.

Con Edison's offices will be closed Monday, May 30 in observance of Memorial Day. In the event of an emergency, our call center is available 24 hours a day, every day, including the holiday. However, we will experience very high call volumes on Tuesday, May 31. You can avoid an extended wait by not calling on that day.

## Contact us 24 hours a day, 7 days a week

To report a service problem, call 1-800-75-CONED (1-800-752-6633) or visit www.conEd.com

Visit www.conEd.com

For payments, visit www.conEd.com or call 1-888-925-5016

Con Edison
Cooper Station
P.O. Box 138
New York, NY 10276-0138

For other information, call 1-212-243-1900 or 1-800-75-CONED (1-800-752-6633)

Tear off here

Wondering if you can get a better deal on your energy needs? Explore your choices at www.PowerYourWay.com



conEdison

## Payment slip

Please make checks payable to Consolidated Edison Company of N.Y. Inc.

To avoid a late payment charge of 1.5%, please pay the total amount due by Jun 20, 2011.

Your account number: 30-1103-1215-0006-8

**Total amount due: $322.06**

Amount enclosed:



ALBERT SONTAG
RECEIVER
2562 BRIGGS AV
BRONX     NY 10458-4605

JAF STATION
P.O. BOX 1702
NEW YORK, NY 10116-1702

301103121500068  00000000000  50000032206



97
0003624



## conEdison



ON IT. Working for you 24/7.

# Your gas charges

These charges are for the gas you use (supply) and getting the gas to you (delivery). Rates are based on a 30-day period. When your billing period is more or less than 30 days, we prorate your bill accordingly.

**Gas you used during this 53-day billing period from Feb 23, 2011 to May 01, 2011**
Rate: GS2 General for residential                    Meter# 184246B

Gas meters measure the volume of natural gas used in hundred cubic feet (ccf). Gas usage is billed in therms, the heat content of gas. The therm conversion factor converts ccf into therms.

| | |
|---|---|
| May 01, 11 actual reading | 192 |
| Feb 23, 11 estimated reading | 192 |
| Usage in ccf | 0 ccf |
| therm conversion factor | X 1.025 |
| **Your gas use** | **0 therms** |

## ►Your supply charges

| | |
|---|---|
| Supply 0 therms @0.0000¢/therm | $0.00 |
| Charge for the gas supplied to you by Con Edison. | |
| Merchant function charge | $0.00 |
| Charge associated with procuring and storing natural gas; credit and collection related activities and uncollectible accounts. | |
| GRT & other tax surcharges | $0.00 |
| Taxes on Con Edison gross receipts from sales of utility services and other tax surcharges. | |
| **Total supply charges** | **$0.00** |

## ►Your delivery charges

| | |
|---|---|
| Basic service charge | $52.11 |
| Charge for basic system infrastructure and customer-related services, including customer accounting, meter reading and meter maintenance. A billing and payment processing charge of $0.52, *which may be avoided by switching to an energy services company (ESCO)*, is also included. | |
| Monthly rate adjustment @0.0000¢/therm | $0.00 |
| Adjustment for miscellaneous costs and credits, and from October through May, for the effect of variation from normal weather. | |
| SBC @2.3119¢/therm | $0.00 |
| The System Benefits Charge funds New York State environmental and other related public policy programs. | |
| GRT & other tax surcharges | $1.31 |
| See earlier definition. | |
| **Total delivery charges** | **$53.42** |

## ►Your sales tax

| | |
|---|---|
| Sales tax @8.8750% | $4.74 |
| Tax collected on behalf of New York State and/or your locality. | |
| **Total sales tax** | **$4.74** |

**►► Total gas charges**                    **$58.16**



CS Brown

```
··0··CA
3,388·14  +
  789·82  +
  427·48  +
2,765·04  +
2,705·18  +
1,424·52  +
  808·19  +

12,308·37  *
```



CS BROWN COMPANY INC.

12 EAST TREMONT AVENUE
P.O. BOX 1091
BRONX, NEW YORK 10653
TEL (718) 294-1650
FAX (718) 299-9375

*"Everything for the
apartment house, but the
tenants"*

1221SHERID                                              05/23/11

ALBERT SONTAG - RECEIVER
SOLOFF MANAGEMENT
1221 - 1235 SHERIDAN AVENUE
BRONX , NY

*Please return 1 copy of the statement
with your payment.*

## PLEASE CHECK ITEMS BEING PAID

| INVOICE NO. | T Y P E | INVOICE DATE | INVOICE AMOUNT | PAYMENT DATE | AMOUNT PAID | INVOICE BALANCE | TOTAL AMT. DUE | CHECK PAID |
|---|---|---|---|---|---|---|---|---|
| 773848 | IN | 03/31/11 | 1448.04 | | | 1448.04 | 1448.04 | |
| 777915 | IN | 04/29/11 | 1450.00 | | | 1450.00 | 2898.04 | |
| 780728 | IN | 04/12/11 | 490.10 | | | 490.10 | 3388.14 | |

TYPE: IN=INVOICE  CM=CREDIT MEMEO  CR=PAYMENT  AJ=ADJUSTMENT  SC=SERVICE CHARGE

| CURRENT | PAST DUE | | | TOTAL DUE |
|---|---|---|---|---|
| 0.00 (0-30) | 1,940.10 (30-60) | 1,448.04 (60-90) | 0.00 (Past 90) | 3,388.14 Pay this Amount |

*Please visit us on the web at www.csbrownco.com.
Email us at mail@csbrownco.com.*



12 EAST TREMONT AVENUE
P.O. BOX 1091
BRONX, NEW YORK 10453
TEL (718) 294-1650
FAX (718) 295-9375

*"Everything for the apartment house, but the tenants"*

2265MORRIS

ALBERT SONTAG RECEIVER
C/O A.S. SOLOFF
2265 MORRIS AVENUE
BRONX , NY

05/10/11

*Please return 1 copy of the statement with your payment.*

PLEASE CHECK ITEMS
BEING PAID

| INVOICE NO. | TYPE | INVOICE DATE | INVOICE AMOUNT | PAYMENT DATE | AMOUNT PAID | INVOICE BALANCE | TOTAL AMT. DUE | CHECK PAID |
|---|---|---|---|---|---|---|---|---|
| 773855 | IN | 03/31/11 | 318.24 | | | 318.24 | 318.24 | |
| 777922 | IN | 04/29/11 | 471.58 | | | 471.58 | 789.82 | |

TYPE: IN=INVOICE  CM=CREDIT MEMO  CR=PAYMENT  AJ=ADJUSTMENT  SC=SERVICE CHARGE

| CURRENT | PAST DUE | | | TOTAL DUE |
|---|---|---|---|---|
| 471.58 | 318.24 | 0.00 | 0.00 | 789.82 |
| (0-30) | (36-60) | (60-90) | (Past 90) | Pay this Amount |

*Please visit us on the web at www.csbrownco.com.
Email us at mail@csbrownco.com.*



## CS BROWN COMPANY INC.

12 EAST TREMONT AVENUE
P.O. BOX 1091
BRONX, NEW YORK 10453
TEL (718) 294-1650
FAX (718) 299-9375

*"Everything for the apartment house, but the tenants"*

2271MORRIS

MAIDMAN GROUP
SCLOFF MANAGEMENT
2271 MORRIS AVENUE
BRONX, NY

05/16/11

Please return 1 copy of the statement
with your payment.

**PLEASE CHECK ITEMS BEING PAID**

| INVOICE NO. | TYPE | INVOICE DATE | INVOICE AMOUNT | PAYMENT DATE | AMOUNT PAID | INVOICE BALANCE | TOTAL AMT. DUE | CHECK PAID |
|---|---|---|---|---|---|---|---|---|
| 773856 | IN | 03/31/11 | 162.04 | | | 162.04 | 162.04 | |
| 777923 | IN | 04/29/11 | 265.44 | | | 265.44 | 427.48 | |

TYPE: IN=INVOICE  CM=CREDIT MEMO  CR=PAYMENT  AJ=ADJUSTMENT  SC=SERVICE CHARGE

| CURRENT | PAST DUE | | | TOTAL DUE |
|---|---|---|---|---|
| 265.44 | 162.04 | 0.00 | 0.00 | 427.48 |
| (0-30) | (30-60) | (60-90) | (Past 90) | Pay this Amount |

*Please visit us on the web at www.csbrownco.com.*
*Email us at mail@csbrownco.com.*



*'Everything for the*
*apartment house, but not*
*tenants'*

2345CROTON

MAIDMAN GROUP
SOLOFF MANAGEMENT
2345 CROTONA AVENUE
BRONX, NY 10458

05/10/11

*Please return 1 copy of the statement*
*with your payment.*

**PLEASE CHECK ITEMS
BEING PAID**

| INVOICE NO. | TYPE | INVOICE DATE | INVOICE AMOUNT | PAYMENT DATE | AMOUNT PAID | INVOICE BALANCE | TOTAL AMT. DUE | CHECK PAID |
|---|---|---|---|---|---|---|---|---|
| 773858 | IN | 03/31/11 | 836.06 | | | 836.06 | 836.06 | |
| 773859 | CM | 03/31/11 | -200.65 | | | -200.65 | 635.41 | |
| 777925 | IN | 04/29/11 | 2129.63 | | | 2129.63 | 2765.04 | |

TYPE: IN=INVOICE  CM=CREDIT MEMO  CR=PAYMENT  AJ=ADJUSTMENT  SC=SERVICE CHARGE

| CURRENT | PAST DUE | | | TOTAL DUE |
|---|---|---|---|---|
| 2,129.63 | 635.41 | 0.00 | 0.00 | 2,765.04 |
| (0-30) | (30-60) | (60-90) | (Past 90) | Pay this Amount |

*Please visit us on the web at www.csbrownco.com.*
*Email us at mail@csbrownco.com.*



12 EAST TREMONT AVENUE
P.O. BOX 1091
BRONX, NEW YORK 10453
TEL (718) 294-1650
FAX (718) 299-5375

"Everything for the
apartment house, but the
tenants"

2350CRESTO

05/10/11

MAIDMAN GROUP
SOLOFF MANAGEMENT
2350 CRESTON AVENUE
BRONX, NY

Please return 1 copy of the statement
with your payment.

**PLEASE CHECK ITEMS BEING PAID**

| INVOICE NO. | TYPE | INVOICE DATE | INVOICE AMOUNT | PAYMENT DATE | AMOUNT PAID | INVOICE BALANCE | TOTAL AMT. DUE | CHECK PAID |
|---|---|---|---|---|---|---|---|---|
| 773860 | IN | 03/31/11 | 664.57 | | | 664.57 | 664.57 | |
| 777926 | IN | 04/29/11 | 2040.61 | | | 2040.61 | 2705.18 | |

TYPE: IN=INVOICE  CM=CREDIT MEMEO  CR=PAYMENT  AJ=ADJUSTMENT  SC=SERVICE CHARGE

| CURRENT | PAST DUE | | | TOTAL DUE |
|---|---|---|---|---|
| 2,040.61 | 664.57 | 0.00 | 0.00 | 2,705.18 |
| (0-30) | (30-60) | (60-90) | (Past 90) | Pay this Amount |

Please visit us on the web at www.csbrownco.com.
Email us at mail@csbrownco.com.



CS BROWN COMPANY, INC.

12 EAST TREMONT AVENUE
P.O. BOX 1091
BRONX, NEW YORK 10453
TEL (718) 294-1650
FAX (718) 299-9375

"Everything for the
apartment house, but the
tenants"

3212CRUGER

MAIDMAN GROUP
SOLOFF MANAGEMENT
3212 CRUGER AVENUE
BRONX, NY

05/10/11

Please return 1 copy of the statement
with your payment.

**PLEASE CHECK ITEMS
BEING PAID**

| INVOICE NO. | TYPE | INVOICE DATE | INVOICE AMOUNT | PAYMENT DATE | AMOUNT PAID | INVOICE BALANCE | TOTAL AMT. DUE | CHECK PAID |
|---|---|---|---|---|---|---|---|---|
| 773864 | IN | 03/31/11 | 774.61 | | | 774.61 | 774.61 | |
| 777931 | IN | 04/29/11 | 649.91 | | | 649.91 | 1424.52 | |

TYPE: IN=INVOICE  CM=CREDIT MEMO  CR=PAYMENT  AJ=ADJUSTMENT  SC=SERVICE CHARGE

| CURRENT | PAST DUE | | | TOTAL DUE |
|---|---|---|---|---|
| 649.91 | 774.61 | 0.00 | 0.00 | 1,424.52 |
| (0-30) | (30-60) | (60-90) | (Past 90) | Pay this Amount |

*Please visit us on the web at www.csbrownco.com.
Email us at mail@csbrownco.com.*



12 EAST TREMONT AVENUE
P.O. BOX 1091
BRONX, NEW YORK 10453
TEL (718) 294-1650
FAX (718) 299-9375

"Everything for the
apartment house, but the
tenants"

735BRYANT

MAIDMAN GROUP
SOLOFF MANAGEMENT
735 BRYANT AVENUE
BRONX, NY

05/10/11

Please return 1 copy of the statement
with your payment.

**PLEASE CHECK ITEMS
BEING PAID**

| INVOICE NO. | TYPE | INVOICE DATE | INVOICE AMOUNT | PAYMENT DATE | AMOUNT PAID | INVOICE BALANCE | TOTAL AMT. DUE. | CHECK PAID |
|---|---|---|---|---|---|---|---|---|
| 773869 | IN | 03/31/11 | 808.19 | | | 808.19 | 808.19 | |

TYPE: IN=INVOICE  CM=CREDIT MEMO  CR=PAYMENT  AD=ADJUSTMENT  SC=SERVICE CHARGE

| CURRENT | PAST DUE | | | TOTAL DUE |
|---|---|---|---|---|
| 0.00 | 808.19 | 0.00 | 0.00 | 808.19 |
| (0-30) | (30-60) | (60-90) | (Past 90) | Pay this Amount |

Please visit us on the web at www.csbrownco.com.
Email us at mail@csbrownco.com.

# Chappie Prince

```
· · 0 · · CA

180 ·  +
250 ·  +
450 ·  +
225 ·  +
235 ·  +

1 ˏ 340 ·  ⁑
```

# CHAPPIE PRINCE
## 1869 ANDREWS AVENUE
## BRONX, NY 10458
## (347) 680-5238

### General Contractor

### BILL

Service Address:   2265 Morris Avenue
Bronx, New York

#### Apartment #4D

- Abate mold problem in bathroom.
- Plaster, prime and paint bathroom.

Total Labor and Materials = $ 180 — 0 0

Signed: _Chappie Prince_          Date: 10-2-11

# CHAPPIE PRINCE
## 1869 ANDREWS AVENUE
## BRONX, NY 10458
## (347) 680-5238

General Contractor

## BILL

Service Address:   2265 Morris Avenue
Bronx, New York

### Fifth Floor Main Area

- Remove portion of damaged ceiling in fifth floor hallway and replace with similar fire-retarding ceiling.
- Plaster, prime and paint ceiling.

Total Labor and Materials = $ 260 – 00

Signed: Chappie Prince          Date: 8-2-11

# CHAPPIE PRINCE
## 1869 ANDREWS AVENUE
## BRONX, NY 10458
## (347) 680-5238

### General Contractor

### BILL

Service Address:   2265 Morris Avenue
Bronx, New York

### Apartment #4B

- Scrape and remove defective plastered surfaces in kitchen and ceilings in 1st and 2nd Rooms.
- Plaster, prime and paint.

Total Labor and Materials = $ 450~00

Signed: _Chappie Prince_     Date: 4-28-211

# CHAPPIE PRINCE
## 1869 ANDREWS AVENUE
## BRONX, NY 10458
## (347) 680-5238

General Contractor

BILL

Service Address:   2265 Morris Avenue
Bronx, New York

**Apartment #3C**

- Scrape and remove defective plastered surfaces.
- Plaster, prime and paint.

Total Labor and Materials = $ _225 - 00_

Signed: _Chappie Prince_          Date: _4-27-2-11_

# CHAPPIE PRINCE
## 1869 ANDREWS AVENUE
## BRONX, NY 10458
## (347) 680-5238

## General Contractor

## BILL

Service Address:     2265 Morris Avenue
Bronx, New York

### Apartment #4E

- Scrape and plaster portions of wall and ceiling in the 2nd Room.
- Scrape and plaster portions of wall in the 1st Room and bathroom.
- Prime and paint.

Total Labor and Materials = $ _2 35 - 00_

Signed: _Chappie Prince_     Date: _4-26-21_

# Data waterproofing

```
    · · 0 · · CA
3 , 800 ·  ÷
    925 ·  ÷

4 , 725 ·  ×
```

# DATA WATEPROOFING, INC.

2718 Young Avenue, Bronx, NY 10469
Tel: (917) 371-1622
Fax: (718) 652-3771

## INVOICE #1881

April 9, 2011

Attention:   **All City Realty Corp.**
**2562 Briggs Avenue**
**Bronx, NY 10458**
**Tel: (718) 367-6004**

Job Address: **2265 Morris**
**Bronx, NY**

## SCOPE OF WORK:  BUCKLE HEAD REPAIR

1.   We cleaned up top of the buckle head and installed rubber roof and we
repaired all coping.

2.   We applied aluminum coating.

3.   All debris will be cleaned after the completion of job.

**Total: $925.00**

# DATA WATEPROOFING, INC.

2718 Young Avenue, Bronx, NY 10469
Tel: (917) 371-1622
Fax: (718) 652-3771

## INVOICE #1945

April 13, 2011

Attention:   **All City Realty Corp.**
**2562 Briggs Avenue**
**Bronx, NY 10458**
**Tel: (718) 367-6004**

Job Address: **1221 Sheridan Avenue**
**Bronx, NY**

## SCOPE OF WORK: INSTALLATION OF NEW SKYLIGHT (SOUTH SIDE OF THE BUILDING)

1.  We removed old skylight and then we made new frame and installed new skylight with wireless glass and on the bottom we pt metal screen.

2.  Around the skylight we applied rubber roof.

3.  We applied roof coating near the skylight roof.

**Total: $3,800.00**



Department of
Homeless Services

Seth Diamond
Commissioner

Steve Pock
Deputy Commissioner
Fiscal and Procurement
Operations

Erin N. Villari
Assistant Commissioner
Finance
evillari@dhs.nyc.gov

33 Beaver Street
14th Floor
New York, NY 10004

212.361.7458 tel
917.637.7245 fax

8/69

May 13, 2011

1221/8

ALBERT SONTAG (RECEIVER)
2562 BRIGGS AVE
BRONX, NY 10458

Dear ALBERT SONTAG (RECEIVER),

It has come to our attention that your Advantage program tenant AGNES DIAZ vacated his/her apartment. If you received any Advantage rental payment(s) from the City of New York after 3/11/11, you must reimburse the City for that amount.

Please submit a full reimbursement payment, made out to "The City of New York," no later than May 31, 2011. The payment should be mailed to:

Department of Homeless Services
Finance Office, 14th Floor/ Attn: **Mark Yoshiyama**
33 Beaver Street
New York, NY 10004

Failure to submit reimbursement will result in a referral to our legal department.

Sincerely,

Mark Yoshiyama
Director of Payments
(212) 361-7466

4/5/11    1020.—

Excellent Boiler Service Inc.

1050 53rd Street
Brooklyn, NY 11219

INVOICE

| Date | Invoice # |
|---|---|
| 4/27/2011 | 9361 |

| Bill To |
|---|
| SOLOFF MANAGEMENT<br>2562 BRIGGS AVE<br>BRONX NY 10458 |

| Job Site |
|---|
| 2350 CRESTON AVE |

| P.O. Number | Terms | Due Date |
|---|---|---|
| 2350 CRESTON ... | Net 10 Days | 5/7/2011 |

| Description | Amount |
|---|---|
| CLEANED AND REMOVED ALL SOOT AND SCALE FROM BOILER TUBES,CHAMBER AND CHIMNEY<br>2350 CRESTON AVE | 260.00T |

| | |
|---|---|
| Subtotal | $260.00 |
| Sales Tax (8.875%) | $23.08 |
| Total | $283.08 |
| Payments/Credits | $0.00 |
| Balance Due | $283.08 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 718-755-7222 | 718-972-2927 | EXCELLENTBOILER@AOL.COM |

# INVOICE

## G Bauer Inc.
### BOILERS AND BURNERS
### INSTALLATIONS AND REPAIRS
### 1624 WEBSTER AVENUE
### BRONX, NY 10457
Tel: (718) 299-1650   Fax: (718) 716-1637

**BILL TO**

Soloff Mgmt
2562 Briggs Avenue
Bronx, NY 10458

| Invoice # | Page |
|-----------|------|
| 0232896 | 1 |

| Invoice Date | 5/9/2011 |
|--------------|----------|
| Account # | 5504 |

---

**JOB ADDRESS:  2345 Crotona Ave**

| 04/26/11 | Answered call, burner shut down, checked out system, cleaned nozzle, adjusted electrodes, furnished and installed 2 gaskets, adjusted scanner, started burner, set up system, left burner operating. | $168.00 |
|---|---|---|

IMPORTANT NOTICE: It is very important for the hot water temperature to be monitored by a qualified person and maintained to the proper temperature at all times  If a slight variation is noticed, you should call your qualified plumber to rectify the condition immediately.

| Subtotal | $168.00 |
|----------|---------|
| Sales Tax | $14.91 |
| **Total** | **$182.91** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach and send with your payment

Invoice Date   5/9/2011
Invoice #       0232896
Invoice Total   $182.91
Customer #     SOLOFF MGMT
Site            2345 Crotona Ave

To ensure proper credit please make checks payable to:   G Bauer Inc.

# INVOICE

## G Bauer Inc.

*BOILERS AND BURNERS*
*INSTALLATIONS AND REPAIRS*
1624 WEBSTER AVENUE
BRONX, NY 10457
Tel: (718) 299-1650 Fax: (718) 716-1637

**BILL TO**

Soloff Mgmt
2562 Briggs Avenue
Bronx, NY 10458

| Invoice # | Page |
|---|---|
| 0230964 | 1 |

| | |
|---|---|
| Invoice Date | 4/15/2011 |
| Account # | 5504 |

**JOB ADDRESS: 2345 Crotona Ave**

| Date | Description | Amount |
|---|---|---|
| 02/23/11 | Answered call, heat timer-only works on manual, checked out system, found needs heat timer replaced, installed and wired a rebuilt heat timer panel, calibrated, set up system, tested operations and left operating. | $725.00 |
| 03/31/11 | Answered call, burner goes on safety constantly, checked out system, removed and cleaned draw assembly, cleaned cad cell, waited and produced for steam pressure, found needs draft regulator replaced, informed the same, set up system, left operating. | $186.00 |
| 04/11/11 | Answered call, burner is smoking, checked out system, upon arrival tested burner after cleaning, started burner, set up system, adjusted flame, left operating. | $168.00 |

IMPORTANT NOTICE: It is very important for the hot water temperature to be monitored by a qualified person and maintained to the proper temperature at all times. If a slight variation is noticed, you should call your qualified plumber to rectify the condition immediately.

| | |
|---|---|
| Subtotal | $1,079.00 |
| Sales Tax | $95.76 |
| **Total** | **$1,174.76** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please detach and send with your payment:*

Invoice Date 4/15/2011
Invoice # 0230964
Invoice Total $1,174.76
Customer # SOLOFF MGMT
Site 2345 Crotona Ave

To ensure proper credit please make checks payable to: G Bauer Inc.

# INVOICE

## G Bauer Inc.

*BOILERS AND BURNERS*
*INSTALLATIONS AND REPAIRS*
1624 WEBSTER AVENUE
BRONX, NY 10457
Tel: (718) 299-1650   Fax: (718) 716-1637

**B I L L   T O**

**Soloff Mgmt**
**2562 Briggs Avenue**
**Bronx, NY 10458**

| Invoice # | Page |
|---|---|
| 0231178 | 1 |

| Invoice Date | 4/21/2011 |
|---|---|
| Account # | exc122 |

**JOB ADDRESS:  1225 Sheridan Ave**

| | | |
|---|---|---|
| 04/01/11 | Answered call, oil leak, checked out system, upon arrival tested and checked oil pump for leakage, found no leak at present time, informed super to keep pump under observation, set up system, left operating. | $148.00 |

IMPORTANT NOTICE: It is very important for the hot water temperature
to be monitored by a qualified person and maintained to the proper
temperature at all times. If a slight variation is noticed you should
call your qualified plumber to rectify the condition immediately.

| | |
|---|---|
| Subtotal | $148.00 |
| Sales Tax | $13.14 |
| **Total** | **$161.14** |

- - - - - - - - - - - - - - Please detach and send with your payment - - - - - - - - - - - - - -

Invoice Date    4/21/2011
Invoice #       0231178
Invoice Total   $161.14
Customer #      SOLOFF MGMT
Site            1225 Sheridan Ave

To ensure proper credit please make checks payable to:    G Bauer Inc.



Global Pest Control

1 College Road
Airmont, NY 10952
Tel: 866.399.8200
Fax 845.369.9877
billing@globalexterminating.com

Bill To:
[100753]
SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458-4805

Work Location:
[100753]  718-367-6004
SOLOFF MANAGEMENT
2345 CROTONA AVENUE
BRONX, NY 10458-4805

| Work Date | Technician |
|---|---|
| 04/27/11 | ADALBERTO |

| Purchase Order | Terms |
|---|---|

| Service | Description | Price |
|---|---|---|
| KNOCK | MONTHLY SERVICE | $50.00 |
| FUEL CHARGE | INCREASE OF FUEL CHARGE | $1.00 |

2345 CROTONA AVENUE -33 UNITS - SUPER CARMELO 347-820-3141

| | |
|---|---|
| SUBTOTAL | $51.00 |
| TAX | $4.44 |
| TOTAL | $55.44 |
| AMT. PAID | $0.00 |
| BALANCE | $55.44 |

PLEASE PAY FROM THIS INVOICE

# INVOICE

## G Bauer Inc.

*BOILERS AND BURNERS*
*INSTALLATIONS AND REPAIRS*
1624 WEBSTER AVENUE
BRONX, NY 10457
Tel: (718) 299-1650   Fax: (718) 716-1637

<table>
<tr><td rowspan="4">B<br>I<br>L<br>L<br><br>T<br>O</td><td>Soloff Mgmt<br>2562 Briggs Avenue<br>Bronx, NY 10458</td></tr>
</table>

| Invoice # | Page |
|---|---|
| 0232692 | 1 |

| Invoice Date | 5/5/2011 |
|---|---|
| Account # | 5502 |

**JOB ADDRESS:** 2271 Morris Ave

| | | |
|---|---|---|
| 04/18/11 | Answered call, boiler overfilling, checked out system, found nipples are clogged in lower part of water feeder, needs plumber, also found clean out door fell off--needs to be sealed, informed the same, set up system, left operating. | $168.00 |

IMPORTANT NOTICE: It is very important for the hot water temperature
to be monitored by a qualified person and maintained to the proper
temperature at all times. If a slight variation is noticed, you should
call your qualified plumber to rectify the condition immediately.

| | |
|---|---|
| Subtotal | $168.00 |
| Sales Tax | $14.91 |
| **Total** | **$182.91** |

- - - - - - - - - - - - - - - - Please detach and send with your payment - - - - - - - - - - - - - - - -

Invoice Date    5/5/2011
Invoice #    0232692
Invoice Total    $182.91
Customer #    SOLOFF MGMT
Site    2271 Morris Ave

To ensure proper credit please make checks payable to:    G Bauer Inc.

# INVOICE

## G Bauer Inc.

*BOILERS AND BURNERS*
*INSTALLATIONS AND REPAIRS*
1624 WEBSTER AVENUE
BRONX, NY 10457
Tel: (718) 299-1650  Fax: (718) 716-1637

B
I
L
L
T
O

Soloff Mgmt
2562 Briggs Avenue
Bronx, NY 10458

| Invoice # | Page |
|-----------|------|
| 0232713 | 1 |

| Invoice Date | 5/5/2011 |
|---|---|
| Account # | cxc122 |

**JOB ADDRESS:** 1225 Sheridan Ave

| Date | Description | Amount |
|------|-------------|--------|
| 04/14/11 | Answered call, burner shut down, checked out system, adjusted burner and set up, found bearing assembly leaking from circulator pump, needs to be replaced, parts not available, must return, set up system, left operating. | $168.00 |
| 04/15/11 | Returned, drained system, disconnected circulator pump, installed a new bearing assembly & coupling, reconnected pump motor, filled system with water, adjusted burner for smoke, tested operations and left operating without any leaks. | $345.00 |
| 04/18/11 | Answered call, burner is smoking, checked out system, set up low fire to proper setting, found needs air filter, 2 belts for air compressor and gasket kit replaced, parts not available, must return, set up system, left operating. | $168.00 |
| 04/21/11 | Returned, furnished and installed a new air filter, installed 2 new belts on air compressor, aligned pulleys, set belt tension on motor, furnished and installed a gasket kit on oil filter, set up system and controls, adjusted burner, tested operations and left operating. | $269.00 |

IMPORTANT NOTICE: It is very important for the hot water temperature
to be monitored by a qualified person and maintained to the proper
temperature at all times. If a slight variation is noticed, you should
call your qualified plumber to rectify the condition immediately.

| Subtotal | $950.00 |
|---|---|
| Sales Tax | $84.31 |
| **Total** | **$1,034.31** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and send with your payment

| | |
|---|---|
| Invoice Date | 5/5/2011 |
| Invoice # | 0232713 |
| Invoice Total | $1,034.31 |
| Customer # | SOLOFF MGMT |
| Site | 1225 Sheridan Ave |

To ensure proper credit please make checks payable to:  G Bauer Inc.

Global Pest
Control

･ ･ 0 ･ ･ C A

220･06 +
 53･26 +
 55･44 +
 54･44 +
 55･44 ÷
 66･33 +
 55･44 +
 49･99 +
 75･69 ÷

686･09 ✳



**Global Pest Control**

1 College Road
Airmont, NY 10952
Tel: 866.399.8200
Fax 845.369.9877
billing@globalexterminating.com

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458-4605

| INVOICE | INVOICE DATE |
|---------|--------------|
| 3066C | 4/30/2011 |

| INVOICE | INVOICE DATE |
|---------|--------------|
| 3066C | 4/30/2011 |

RETURN THIS PORTION WITH PAYM

| DATE | ORDER | INVOICE | DESCRIPTION | AMOUNT | BALANCE | INVOICE | DUE |
|------|-------|---------|-------------|--------|---------|---------|-----|
| Service Address: SOLOFF MANAGEMENT 1221 - 1225 SHERIDAN AVENUE, BRONX, NY 10456-4605 | | | | | | | |
| 04/13/11 | 78761 | 78761 | MONTHLY SERVICE | 165.62 | 165.62 | 78761 | 165.62 |
| 04/28/11 | 80355 | 80355 | 1221 APT. 42 - TENANT | 27.22 | 27.22 | 80355 | 27.22 |
| 04/28/11 | 80358 | 80358 | 1221 APT. 50E - NOT PREPARED | 27.22 | 27.22 | 80358 | 27.22 |

PLEASE REMIT PAYMENT PROMPTLY.

| TOTAL AMOUNT DUE | 220.06 |
|---|---|

CHECK ITEMS BEING PAI

| AMOUNT REMITTED |
|---|

© Copyright 2007 Marathon Data Systems, LLC - All Rights Reserved



**Global Pest Control**

1 College Road
Airmont, NY 10952
Tel: 866.399.8200
Fax 845.369.9877
billing@globalexterminating.com

**Invoice**

| INVOICE | 7975 |
| DATE | 04/06/11 |
| ORDER | 2975 |

Bill To:
[100754]

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458-4605

Work
Location: [100754]   718-367-6004

SOLOFF MANAGEMENT
3212 CRUGER AVENUE
BRONX, NY 10467-6405

| Work Date | Technician |
|---|---|
| 04/06/11 | BLUNT BILL |

| Purchase Order | Terms |
|---|---|

| Service | Description | Price |
|---|---|---|
| KNOCK | MONTHLY SERVICE | $48.00 |
| FUEL CHARGE | INCREASE OF FUEL CHARGE | $1.00 |

3212 CRUGER AVENUE - 27 UNITS
SUPER: ADRIEN - 347-586-2460

| | |
|---|---|
| SUBTOTAL | $49.00 |
| TAX | $4.26 |
| TOTAL | $53.26 |
| AMT. PAID | $0.00 |
| BALANCE | $53.26 |

PLEASE PAY FROM THIS INVOICE





Global Pest Control

1 College Road
Airmont, NY 10952
Tel: 866.399.8200
Fax 845.369.9877
billing@globalexterminating.com

**Invoice**

| INVOICE | 13845 |
| DATE | 3/30/16 |
| ORDER | 13845 |

Bill To:

[100966]
SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458-4605

Work
Location:

[100966]    718-367-6004
SOLOFF MANAGEMENT
2271 MORRIS AVENUE
BRONX, NY 10453-2051

| Work Date | | Technician | |
|---|---|---|---|
| **Purchase Order** | | **Terms** | |

| Service | Description | Price |
|---|---|---|
| KNOCK | MONTHLY KNOCK SERVICE | $50.00 |
| FUEL CHARGE | INCREASE OF FUEL CHARGE | $1.00 |

2271 MORRIS AVENUE - 23 UNITS - SUPER: NELSON 646-322-1130 - KNOCK & COMMON AREAS

| | |
|---|---|
| SUBTOTAL | $51.00 |
| TAX | $4.44 |
| TOTAL | $55.44 |
| AMT. PAID | $0.00 |
| BALANCE | $55.44 |

PLEASE PAY FROM THIS INVOICE



**Global Pest Control**

1 College Road
Airmont, NY 10952
Tel: 866.399.8200
Fax 845.389.9677
billing@globalexterminating.com

INVOICE:     66782
DATE:        12/21/10
ORDER:       66782

[100753]

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458-4605

[100753]   718-357-6004

SOLOFF MANAGEMENT
2345 CROTONA AVENUE
BRONX, NY 10458-4605

12/21/10

L. SMITH

KNOCK                    MONTHLY SERVICE

2345 CROTONA AVENUE -33 UNITS - SUPER CARMELO 347-620-3141

$50.00

| | |
|---|---|
| SUBTOTAL | $50.00 |
| TAX | $4.44 |
| TOTAL | $54.44 |
| AMT. PAID | $0.00 |
| BALANCE | $54.44 |



**Global Pest Control**

1 College Road
Airmont, NY 10952
Tel: 866.399.8200
Fax: 845.369.9877
billing@globalexterminating.com

Bill To:
[100962]
SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458-4605

Work
Location: [100962]   718-367-6004
SOLOFF MANAGEMENT
2350 CRESTON AVENUE
BRONX, NY 10468-7407

| Work Date | Technician |
|-----------|------------|
| 04/21/11 | ADALBERTO |

| Purchase Order | Terms |
|----------------|-------|
|  |  |

| Service | Description | Price |
|---------|-------------|-------|
| KNOCK | MONTHLY KNOCK SERVICE |  |
| FUEL CHARGE | INCREASE OF FUEL CHARGE | $60.00 |
|  |  | $1.00 |

2350 CRESTON AVENUE - 42 UNITS - SUPER: JOSE 917-504-9642 - KNOCK & COMMON AREAS

| | |
|---|---|
| SUBTOTAL | $61.00 |
| TAX | $5.33 |
| TOTAL | $66.33 |
| AMT. PAID | $0.00 |
| BALANCE | $66.33 |



PLEASE PAY FROM THIS INVOICE



Global Pest Control

1 College Road
Airmont, NY 10952
Tel: 866.399.8200
Fax: 845.369.9877
billing@globalexterminating.com

Bill To: [100965]

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458-4605

Work
Location: [100965]   718-367-6004

SOLOFF MANAGEMENT
2265 MORRIS AVENUE
BRONX, NY 10453-2050

| Work Date | Technician |
|-----------|------------|
| 04/07/11 | ADALBERTO |

| Purchase Order | Terms |
|----------------|-------|
| | |

| Service | Description | Price |
|---------|-------------|-------|
| KNOCK | MONTHLY KNOCK SERVICE | $50.00 |
| FUEL CHARGE | INCREASE OF FUEL CHARGE | $1.00 |

2265 MORRIS AVENUE - 26 UNITS - SUPER: NELSON 646-322-1130 - KNOCK & COMMON AREAS

| | |
|-----------|--------|
| SUBTOTAL | $51.00 |
| TAX | $4.44 |
| TOTAL | $55.44 |
| AMT. PAID | $0.00 |
| BALANCE | $55.44 |



PLEASE PAY FROM THIS INVOICE

# Global Pest Control

1 College Road
Airmont, NY 10952
Tel: 866.399.8200
Fax: 845.369.9877
billing@globalexterminating.com

| INVOICE | 101458 |
|---------|--------|
| DATE | 04/27/11 |
| ORDER | 20528 |

Bill To:

[100752]

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458-4605

Work Location:

[100752]   718-367-6004

SOLOFF MANAGEMENT
735 BRYANT AVENUE
BRONX, NY 10474-6043

| Work Date | Technician |
|-----------|------------|
| 04/27/11 | FIGUEROA V. |

| Purchase Order | Terms |
|----------------|-------|
| | |

| Service | Description | Price |
|---------|-------------|-------|
| SERVICE CALL CH | APT. 5E - NOT PREPARED FOR BB TREATMENT | $45.00 |
| FUEL CHARGE | INCREASE OF FUEL CHARGE | $1.00 |

APT. 5E - NOT PREPARED FOR BB TREATMENT - CONFIRMED WITH TENANT ON 4/25.

| | |
|---|---|
| SUBTOTAL | $46.00 |
| TAX | $3.99 |
| TOTAL | $49.99 |
| AMT. PAID | $0.00 |
| BALANCE | $49.99 |



PLEASE PAY FROM THIS INVOICE



Global Pest Control

1 College Road
Airmont, NY 10952
Tel: 866.399.8200
Fax 845.369.9877
billing@globalexterminating.com

**Invoice**

INVOICE: 878
DATE:
ORDER:

Bill To:
[100752]
SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458-4605

Work Location:
[100752]   718-367-6004
SOLOFF MANAGEMENT
735 BRYANT AVENUE
BRONX, NY 10474-6043

| Work Date | Technician |
|---|---|
| 04/01/11 | DAMIAN MEB |

| Purchase Order | Terms |
|---|---|
| | |

| Service | Description | Price |
|---|---|---|
| KNOCK | MONTHLY SERVICE | $68.60 |
| FUEL CHARGE | INCREASE OF FUEL CHARGE | $1.00 |
| 735 BRYANT AVENUE- 49 UNITS | | |
| SUPER CEASAR: 64-242-3010 | | |

| | |
|---|---|
| SUBTOTAL | $69.60 |
| TAX | $6.09 |
| TOTAL | $75.69 |
| AMT. PAID | $0.00 |
| BALANCE | $75.69 |



PLEASE PAY FROM THIS INVOICE



# Gotham Wiring, Inc.

649A East 183rd Street
Bronx, NY 10458

GOTHAM WIRING, INC.

Invoice

| Date | Invoice # |
|---|---|
| 4/15/2011 | 3369 |

**Bill To**

Soloff Management
2562 Briggs Avenue
Bronx, NY 10458

| Job Location | Apt. # | P.O No. | Terms | Due Date |
|---|---|---|---|---|
| 2345 Crotona Avenue | | | Net 30 | 5/15/2011 |

| Item | Qty | Description of Work | Rate | Amount |
|---|---|---|---|---|
| LaborEl | 1.5 | Labor - Electrician | 110.00 | 165.00T |
| LFGC | 1 | Interior Light Fixture - Glass Cover | 42.00 | 42.00T |
| | | Found lobby light fixture not working due to defective fixture, replaced the fixture to restore full service. | | |

Pay online at: https://ipn.intuit.com/n7v92nq

Visit us on Facebook at our
Gotham Wiring, Inc. fan page.
Tell us what you think!

| | |
|---|---|
| Subtotal | $207.00 |
| Sales Tax (8.875%) | $18.37 |
| Payments/Credits | $0.00 |
| **Balance Due** | $225.37 |

Jose Gomez

```
    · · 0 · · CA

    ▲ · 0 · · CA
  5,500.  +
  1,700.  +
    175.  +

  7,375.  ✳
```

JOSE GOMEZ

4/21/2011

# INVOICE000082

## 2271 Morris Ave. Apt. 2A

New Kitchen:
- New Walls in Sheetrock ½
- New Ceiling in Sheetrock ½
- Plastering and painting
- Wonder board on the floor 4*6
- 2 New Cabinets complete 42"
- New Floor in Ceramic Tiles 12x12
- New Lamps
- Change Switches & outlets

New Bathroom:
- New Walls in Sheetrock ½
- New Walls in 8x12 Ceramic Tiles
- New Warder Board in the walls
- New Ceiling in Sheetrock ½
- New Ceramic Floor in 12x12
- Plastering and painting
- New Vanity 24"
- New Medicine Cabinet
- New Lamp
- New complete door
- Change Switches & outlets

Living Room, Hallways & Closets:
- New Walls in Sheetrock ½
- Plastering and Painting
- Lamps
- 2 New Doors
- 2 Lines for Outlets
- Change Switches & outlets

Bedrooms:
- Two New Walls in Sheetrock ½
- Plastering and painting
- Two new doors

Total   $6,800.00

$5,500.00 Ralph

Vacant Apt.

# JOSE GOMEZ

4/21/2011

## INVOICE 000081

**Albert Sontag Receiver**

2350 Creston Ave.  Apt. 4E

### New Bathroom:

- ➢ New  bathroom in sheetrock
- ➢ New Bath walls in Worde boar ½
- ➢ New  Ceramic Wall in  12X8
- ➢ New Ceramic Floor in 12x12
- ➢ Plaster and paint
- ➢ New Vanity
- ➢ New Toilet
- ➢ New Door
- ➢ Lamp
- ➢ One line for switch
- ➢ One line for Outlets

*Violations*

Total   $1,900.00

$1,700.00  Ralph



# JOSE GOMEZ

4/5/2011

## INVOICE 000073

Albert Sontag Receiver

2350 Creston Ave. Apt. 3A

Hallway:

- New Ceiling in Sheetrock
- Plastering and Painting

Total   $175.00



# H CLASSIC FLOOR SERVICES LTD.

103 HAVEMEYER STREET
BROOKLYN, NEW YORK 11211
CELL: 1.347.742.1321 CELL: 1.917.554.9651
www.hclassicfloorservice.com

INVOICES

**324**

NAME: **Mr. Ralph**          DATE: **04-27-11**

ADDRESS: **2271 Morris ave apt # 2A**

CITY: **Bronx**        STATE: **NY**        ZIP:

PHONE: **718.584.7930**

## DESCRIPTION OF WORK PERFORMED

| Description | Amount |
|---|---|
| Remove tiles from the entire apartment repair 70 sqft of hardwood floors | $1,600.00 |
| Scrape and sand apply 1 coat sealer 2 coat polyurethane gloss. | |
| | |
| **SUB-TOTAL** | $1,600.00 |
| **TAX** | |
| **DEPOSIT** | |
| **BALANCE** | |

Vacant

# JORGE TORRES
## WE BUY, SELL AND SERVICE
### REFRIGERATORS - AIR CONDITIONERS
### STOVES - COMMERCIAL & DOMESTIC
1410 Prospect Avenue
Bronx, NY
1-646-427-8967



ORDER No. _____ DATE 4/21/11

NAME _____

ADDRESS 2265 Morris #2 D

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Refrigerator Mgc Chef. | 65 ºº |
| | 14" 2Door Set Defroit | |
| 1 | Drainge inclosed | |
| 1 | Fan Motor Repair | W |
| | Repair | PRICE $ |
| | | SALES TAX $ |
| | | TOTAL $ 65 ºº |
| | | DEP. $ |
| | | BALANCE $ |

Milton Printing (718) 561-0748

I _____

CERTIFY THAT THE _____ HAS BEEN INSTALLED TO MY
ENTIRE SATISFACTION AND IS WORKING IN PERFECT CONDITION

_____ MONTHS GUARANTEE        Signature Laura Guzman



# LAIRD CONSTRUCTION

"General Contractor"
1051 Elder Avenue
Bronx, NY 10451
We specialize in Apartment Reservations
718-842-0340

April 19, 2011

<u>JOB LOCATION</u>
735 Bryant Ave.
Apt. #3B
Bronx. NY 10474

<u>BILL TO:</u>
ALBERT SONTAG,RECEIVER.

## INVOICE

<u>DESCRIPTION:</u>

**Bathroom:**   Broke up and removed cast iron bathtub, commode and sink.
Installed new "Americast" bathtub and plumbing. Concrete
floor, repaired two walls, ceramic tiles on entire floor and part
of walls around bathtub. New commode, lead bend and new
vanity/sink, faucet and waste. New door.

**Removed all debris.**

<u>Material & Labor: $ 3,600.00</u>

ATTN: Ralph

# MARIANO CONTRERAS
## WELDING-BOILER-FIRE ESCAPE STAIRS
## GATES-ALL WORK REPAIRS
537 WEST 133 RD STREET
New York , NY 10027
CONTACT (347) 680-0907

# INVOICE

2350 Creston av

04/5/2011

* Make and install a new gate in the entres of the yard in the back.

* Gate 72"x88".

* Tube 2x2.

* Bar ½x½ span demetal.

* Install two new plates one outside and the other inside.

* Install a new panic lock.

* Painted red prime and black.

Total price:

$1,050.00

# Mark Hertz Company

BUILDING CODE CONSULTANTS
VIOLATIONS RESEARCH AND DISMISSAL SERVICES
47 Olympia Lane Monsey, New York 10952
Tel: 845-368-4340 Fax: 845-368-4219
TOLL FREE: 888-338-9606

## Invoice

| Date | Invoice # |
|------|-----------|
| 5/12/2011 | 0511115 |

**Bill To**

Soloff Management
Mr. A Soloff
2562 Briggs Avenue
Bronx, NY 10458

**Property Address**

2345 Crotona Ave. Bronx NY

| Item | Description | Amount |
|------|-------------|--------|
| ECB Dismissal | 1. To appear at Environmental Control Board (ECB) for Violation(s) #034889978X on 04/29/11<br>2. To represent you at the hearing and defend the violation(s)<br><br>Please find original decision(s) enclosed for your files.<br>PLEASE NOTE: Your violation was dismissed without penalty. | 250.00 |

Please make checks to MARK HERTZ COMPANY. Thank you for your business. Prompt payment is appreciated.

| **Total** | |
|-----------|------|
| | $250.00 |

**Customer Total Balance** $1,775.00

# Mark Hertz Company

BUILDING CODE CONSULTANTS
VIOLATIONS RESEARCH AND DISMISSAL SERVICES
47 Olympia Lane Monsey, New York 10952
Tel: 845-368-4340 Fax: 845-368-4219
TOLL FREE: 888-338-9606

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/27/2011 | 0411177 |

**Bill To**

Soloff Management
Mr. A Soloff
2562 Briggs Avenue
Bronx, NY 10458

**Property Address**

2350 Creston Ave. Bronx NY

| Item | Description | Amount |
|------|-------------|--------|
| ECB | 1. To prepare the case for ECB for Violation(s) #034889658R<br>2. To appear at the hearing on 04/01/11 to defend the violation | 250.00 |
| | PLEASE NOTE: We did not represent you at the hearing. Jose Gomez appeared at the hearing instead. | |
| ProD | Professional Discount | -100.00 |

Please make checks to MARK HERTZ COMPANY. Thank you for your business. Prompt payment is appreciated.

| **Total** | |
|-----------|---|
| | $150.00 |

**Customer Total Balance** $1,325.00

Mister
Refinishurng

```
            175.  +
            175.  +
            175.  ÷
            175.  +
            175.  +
            175.  ÷

          1,050.  *
```

# MISTER REFINISHING INC.

BATHTUBS-TILES-SINKS
RESIDENTIAL-COMERCIAL-HOTELS

104-48  46 AVE.
Corona, NY 11368
Phone: (347)558-5074 – (646)379-6340   Fax: (718)658-2414

# INVOICE

INVOICE #3120
DATE: 04.12.11

| TO: | |
|---|---|
| Company Name: | - Soloff Management |
| Street Address: | - 2562 Briggs Ave |
| City, State, ZIP Code: | - Bronx, NY 10458 |
| Worked at: | - 1221 Sheridan |

**COMMENTS OR SPECIAL INSTRUCTIONS:**

Tenant Name:                                          Phone:

| Color | DESCRIPTION | Qt. | Apartment | TOTAL |
|---|---|---|---|---|
| White | Regiazing of Bathtub | 1 | 47 | $175.00 |
| | | | SUBTOTAL | $175.00 |
| | | | SALES TAX | $0.00 |
| | | | FEES(30 DAYS) | $0.00 |
| | | | **TOTAL DUE** | **$175.00** |

**Your invoice total is $175.00.**
Please Indicate if any of the faucets is leaking.
Hot Water_____   Cold Water_____
If you have any questions concerning this invoice, you can contact us.

Tenant's Signature

**Thank you for your business!**

# MISTER REFINISHING INC.

*BATHTUBS-TILES-SINKS*
*RESIDENTIAL-COMERCIAL-HOTELS*

104-48  46 AVE.
Corona, NY 11368
Phone: (347)558-5074 – (646)379-6340   Fax: (718)658-2414

# INVOICE

INVOICE #3121
DATE: 04.19.11

| TO: | |
|---|---|
| Company Name: | - Soloff Management |
| Street Address: | - 2562 Briggs Ave |
| City, State, ZIP Code: | - Bronx, NY 10458 |
| Worked at: | - 3212 Cruger Ave |

**COMMENTS OR SPECIAL INSTRUCTIONS:**

| Tenant Name: | Phone: |
|---|---|

| Color | DESCRIPTION | Qt. | Apartment | TOTAL |
|---|---|---|---|---|
| White | Reglazing of Bathtub | 1 | WI | $175.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $175.00 |
| | SALES TAX | $0.00 |
| | FEES(30 DAYS) | $0.00 |
| | TOTAL DUE | $175.00 |

*Your invoice total is $175.00.*
Please Indicate if any of the faucets is leaking.
Hot Water_____   Cold Water_____
If you have any questions concerning this invoice, you can contact us.

Tenant's Signature

**Thank you for your business!**

# MISTER REFINISHING INC.
*BATHTUBS-TILES-SINKS*
*RESIDENTIAL-COMERCIAL-HOTELS*

104-48  46 AVE.
Corona, NY 11368
Phone: (347)558-5074 – (646)379-6340   Fax: (718)658-2414

# INVOICE

INVOICE #3122
DATE: 04.22.11

**TO:**

| | |
|---|---|
| Company Name: | - Soloff Management |
| Street Address: | - 2562 Briggs Ave |
| City, State, ZIP Code: | - Bronx, NY 10458 |
| Worked at: | - 1225 Sheridan |

**COMMENTS OR SPECIAL INSTRUCTIONS:**

Tenant Name:                                  Phone:

| Color | DESCRIPTION | Qt. | Apartment | TOTAL |
|-------|-------------|-----|-----------|-------|
| White | Reglazing of Bathtub | 1 | 4 K | $175.00 |

| | |
|---|---|
| SUBTOTAL | $175.00 |
| SALES TAX | $0.00 |
| FEES(30 DAYS) | $0.00 |
| **TOTAL DUE** | **$175.00** |

*Your invoice total is $175.00.*
Please Indicate if any of the faucets is leaking.
Hot Water_____   Cold Water_____
If you have any questions concerning this invoice, you can contact us.

_____
Tenant's Signature

**Thank you for your business!**

# MISTER REFINISHING INC.

*BATHTUBS-TILES-SINKS*
*RESIDENTIAL-COMERCIAL-HOTELS*

104-48  46 AVE.
Corona, NY 11368
Phone: (347)558-5074 ~ (646)379-6340  Fax: (718)658-2414

# INVOICE

INVOICE #3123
DATE: 04.25.11

**TO:**

| | |
|---|---|
| Company Name: | - Soloff Management |
| Street Address: | - 2562 Briggs Ave |
| City, State, ZIP Code: | - Bronx, NY 10458 |
| Worked at: | - 1225 Sheridan |

**COMMENTS OR SPECIAL INSTRUCTIONS:**

Tenant Name:             Phone:

| Color | DESCRIPTION | Qt. | Apartment | TOTAL |
|---|---|---|---|---|
| White | Reglazing of Bathtub | 1 | 1 J | $175.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $175.00 |
| SALES TAX | | $0.00 |
| FEES(30 DAYS) | | $0.00 |
| **TOTAL DUE** | | **$175.00** |

*Your invoice total is $175.00.*
Please indicate if any of the faucets is leaking.
Hot Water_____  Cold Water_____
If you have any questions concerning this invoice, you can contact us.

_____
Tenant's Signature

**Thank you for your business!**

# MISTER REFINISHING INC.

*BATHTUBS-TILES-SINKS*
*RESIDENTIAL-COMERCIAL-HOTELS*

104-48  46 AVE.
Corona, NY 11368
Phone: (347)558-5074 – (646)379-6340   Fax: (718)658-2414

# INVOICE

INVOICE #3119
DATE: 04.04.11

| TO: | | |
|---|---|---|
| Company Name: | – Soloff Management | |
| Street Address: | – 2562 Briggs Ave | |
| City, State, ZIP Code: | – Bronx, NY 10458 | |
| Worked at: | – 2350 Creston | |

**COMMENTS OR SPECIAL INSTRUCTIONS:**

| Tenant Name: | Phone: |
|---|---|

| Color | DESCRIPTION | Qt. | Apartment | TOTAL |
|---|---|---|---|---|
| White | Reglazing of Bathtub | 1 | 2 D | $175.00 |

| | SUBTOTAL | $175.00 |
|---|---|---|
| | SALES TAX | $0.00 |
| | FEES(30 DAYS) | $0.00 |
| | **TOTAL DUE** | **$175.00** |

*Your invoice total is $175.00.*
Please indicate if any of the faucets is leaking.
Hot Water_____   Cold Water_____
If you have any questions concerning this invoice, you can contact us.

_____
Tenant's Signature

**Thank you for your business!**

# MISTER REFINISHING INC.

*BATHTUBS-TILES-SINKS*
*RESIDENTIAL-COMERCIAL-HOTELS*

104-48   46 AVE.
Corona, NY 11368
Phone: (347)558-5074 – (646)379-6340   Fax: (718)658-2414

# INVOICE

INVOICE #3118
DATE: 04.01.11

| TO: | |
|---|---|
| Company Name: | - Soloff Management |
| Street Address: | - 2562 Briggs Ave |
| City, State, ZIP Code: | - Bronx, NY 10458 |
| Worked at: | - 2350 Creston |

**COMMENTS OR SPECIAL INSTRUCTIONS:**

| Tenant Name: | Phone: |
|---|---|

| Color | DESCRIPTION | Qt. | Apartment | TOTAL |
|---|---|---|---|---|
| White | Reglazing of Bathtub | 1 | 4 B | $175.00 |



| | |
|---|---|
| SUBTOTAL | $175.00 |
| SALES TAX | $0.00 |
| FEES(30 DAYS) | $0.00 |
| **TOTAL DUE** | **$175.00** |

*Your invoice total is $175.00.*
Please Indicate if any of the faucets is leaking.
Hot Water_____   Cold Water_____
If you have any questions concerning this invoice, you can contact us.

_____
Tenant's Signature

**Thank you for your business!**

Novick
Edelstein

```
        375. +
        125. +
        700. +
        850. +
        635. +
   1,121.15 +
   2,355. +
   1,985. +


   8,146.15 *
```

NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.
ATTORNEYS AT LAW
733 YONKERS AVENUE - YONKERS, NY 10704
914 375-0100

# STATEMENT

Page: 1

CLIENT: SO05

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458

Statement Date: 05/02/11
**ACCOUNT** SO05-00
**LANDLORD** ALBERT SONTAG, RECEIVER
**PREMISES** 2271 MORRIS AVENUE
BRONX, NY 10453

| Invoice # | Date | Case # | Description | Ref./Apt. | Index | Tenant | Balance Due |
|-----------|------|--------|-------------|-----------|-------|--------|-------------|
| 1106756 | 12/01/10 | 1027909 | Court Appearance | 2A | 049680/10 | TALISHA GOMEZ | 125.00 |
| 1117209 | 02/07/11 | 1027909 | Court Appearance | 2A | 049680/10 | TALISHA GOMEZ | 125.00 |
| 1120125 | 02/23/11 | 1027909 | Court Appearance | 2A | 049680/10 | TALISHA GOMEZ | 125.00 |
| 1121419 | 03/01/11 | 1027909 | Warrant Served | 2A | 049680/10 | TALISHA GOMEZ | 70.00 |
| 1122752 | 03/08/11 | 1034810 | Court Appearance | 5D | 010279/11 | JOSE PUELLO & SANTA SUARE | 125.00 |
| 1123605 | 03/14/11 | 1027909 | Legal Possession | 2A | 049680/10 | TALISHA GOMEZ | 225.00 |

| | Current | Over 30 | Over 60 | Over 90 | Over 120 | | Total |
|---|---------|---------|---------|---------|----------|---|-------|
| | 0.00 | 350.00 | 320.00 | 0.00 | 125.00 | | 795.00 |

375.00

TO INSURE PROPER CREDIT PLEASE INCLUDE
INVOICE NUMBER WITH PAYMENT

NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.
ATTORNEYS AT LAW
733 YONKERS AVENUE  -  YONKERS, NY 10704
914 375-0100

# STATEMENT

Page: 1

CLIENT: SO05

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458

Statement Date: 05/02/'11
ACCOUNT       SO05-05
LANDLORD      ALBERT SONTAG, RECEIVER
PREMISES      2265 MORRIS AVENUE
              BRONX, NY 10453

| Invoice # | Date | Case # | Description | Ref./Apt. | Index | Tenant | Balance Due |
|-----------|------|--------|-------------|-----------|-------|--------|-------------|
| 1125435 | 03/23/11 | 1026388 | Warrant Re-served | 3B | 043772/10 | GLEIDY RODRIGUEZ | 91.15 |
| 1126862 | 03/31/11 | 1026388 | Court Appearance | 3B | 043772/10 | GLEIDY RODRIGUEZ | 125.00 |

| Current | Over  30 | Over  60 | Over  90 | Over  120 | | Total |
|---------|----------|----------|----------|-----------|--|-------|
| 0.00 | 216.15 | 0.00 | 0.00 | 0.00 | | 216.15 |

125.00

TO INSURE PROPER CREDIT PLEASE INCLUDE
INVOICE NUMBER WITH PAYMENT

**NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.**
ATTORNEYS AT LAW
733 YONKERS AVENUE  –  YONKERS, NY 10704
914 375-0100

# STATEMENT

**CLIENT: SO05**

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458

| | |
|---|---|
| Statement Date: | 05/02/11 |
| ACCOUNT | SO05-04 |
| LANDLORD | ALBERT SONTAG, RECEIVER |
| PREMISES | 2350 CRESTON AVENUE |
| | BRONX, NY 10468 |

| Invoice # | Date | Case # | Description | Ref./Apt. | Index | Tenant | Balance Due |
|---|---|---|---|---|---|---|---|
| 1116199 | 01/31/11 | 1032875 | Court Appearance | 4F | 002872/11 | ARGENTINA A. ALONZO | 125.00 |
| 1120576 | 02/25/11 | 1034814 | Court Appearance | 2D | 010278/11 | MARCO A. MEJIA | 125.00 |
| 1120595 | 02/25/11 | 1034816 | Court Appearance | 3C | 010277/11 | MARIA MONTANEZ | 125.00 |
| 1121079 | 03/02/11 | 1032679 | Warrant Issued | 2B | 002679/11 | JOAN M. MONTILLA | 65.00 |
| 1122370 | 03/04/11 | 1034816 | Warrant Requested | 3C | 010277/11 | MARIA MONTANEZ | 50.00 |
| 1123326 | 03/11/11 | 1034814 | Warrant Requested | 2D | 010278/11 | MARCO A. MEJIA | 50.00 |
| 1123437 | 03/11/11 | 1032875 | Warrant Issued | 4F | 002872/11 | ARGENTINA A. ALONZO | 65.00 |
| 1125012 | 03/23/11 | 1037025 | Rent Demand | 1A | / | ISRAEL DIAZ & MARIA LETIC | 132.15 |
| 1125354 | 03/23/11 | 1032875 | Warrant Served | 4F | 002872/11 | ARGENTINA A. ALONZO | 70.00 |
| 1127287 | 04/06/11 | 1032875 | Court Appearance | 4F | 002872/11 | ARGENTINA A. ALONZO | 125.00 |
| 1128983 | 04/18/11 | 1032679 | Warrant Served | 2B | 002670/11 | JOAN M. MONTILLA | 70.00 |
| 1129675 | 04/20/11 | 1034816 | Warrant Issued | 3C | 010277/11 | MARIA MONTANEZ | 65.00 |
| 1129952 | 04/22/11 | 1034814 | Warrant Issued | 2D | 010278/11 | MARCO A. MEJIA | 65.00 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 | | Total |
|---|---|---|---|---|---|---|
| 325.00 | 387.15 | 315.00 | 125.00 | 0.00 | | 1,152.15 |

700.00

TO INSURE PROPER CREDIT PLEASE INCLUDE
INVOICE NUMBER WITH PAYMENT

**NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.**
ATTORNEYS AT LAW
733 YONKERS AVENUE  -  YONKERS, NY 10704
914 375-0100

# STATEMENT

CLIENT: SO05

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458

| | |
|---|---|
| Statement Date: | 05/02/11 |
| **ACCOUNT** | SO05-01 |
| **LANDLORD** | ALBERT SONTAG, RECEIVER |
| **PREMISES** | 735 BRYANT AVENUE |
| | BRONX, NY 10474 |

| Invoice # | Date | Case # | Description | Ref./Apt. | Index | Tenant | Balance Due |
|---|---|---|---|---|---|---|---|
| 1120509 | 02/25/11 | 1034200 | Court Appearance | 7A | 008721/11 | EVAN MCFADDEN | 125.00 |
| 1121000 | 03/03/11 | 1026953 | Abort Eviction | 1F | 046228/10 | JOHN SNEAD | 50.00 |
| 1122368 | 03/04/11 | 1034200 | Warrant Requested | 7A | 008721/11 | EVAN MCFADDEN | 80.00 |
| 1122040 | 03/09/11 | 1033330 | Court Appearance | 1D | 003236/11 | PRECIOUS MOORE | 125.00 |
| 1123031 | 03/09/11 | 1033330 | Office Work | 1D | 003236/11 | PRECIOUS MOORE | 45.00 |
| 1123031 | 03/09/11 | 1033330 | Process Service | 1D | 003236/11 | Disbursements | 25.00 |
| 1123031 | 03/09/11 | 1033330 | Witness/service Fee | 1D | 003236/11 | | 15.00 |
| 1124244 | 03/17/11 | 1033934 | Court Appearance | 8B | 007767/11 | LYDIA THOMPSON | 125.00 |
| 1124557 | 03/18/11 | | Petition (dispossess) | 2G | 016196/11 | MILGA RIVERA | 140.00 |
| 1124967 | 03/22/11 | 1033934 | Office Work | 8B | 007767/11 | LYDIA THOMPSON | 45.00 |
| 1124967 | 03/22/11 | 1033934 | Process Service "rush" | 8B | 007767/11 | Disbursements | 25.00 |
| 1124967 | 03/22/11 | 1033934 | Witness/service Fee | 8B | 007767/11 | | 15.00 |
| 1125352 | 03/23/11 | 1025813 | Warrant Served | 1C | 041685/10 | DINA GARCIA | 70.00 |
| 1125432 | 03/23/11 | 1023277 | Warrant Re-served | 3A | 025318/10 | FRANCIS HALL | 91.15 |
| 1125433 | 03/23/11 | 1022601 | Warrant Re-served | 6C | 022020/10 | GENNET RILEY | 91.15 |
| 1126317 | 03/30/11 | 1023277 | Court Appearance | 3A | 025318/10 | FRANCIS HALL | 125.00 |
| 1127327 | 04/06/11 | | Petition (dispossess) | 8A | 019413/11 | RAYMOND BANKS | 140.00 |
| 1127601 | 04/07/11 | 1025813 | Court Appearance | 1C | 041685/10 | DINA GARCIA | 200.00 |
| 1128094 | 04/12/11 | 1033934 | Court Appearance | 8B | 007767/11 | LYDIA THOMPSON | 125.00 |
| 1128732 | 04/15/11 | 1034855 | Court Appearance | 8A | 019413/11 | RAYMOND BANKS | 125.00 |
| 1128890 | 04/15/11 | 1034200 | Warrant Issued | 7A | 008721/11 | EVAN MCFADDEN | 65.00 |
| 1128962 | 04/18/11 | 1034200 | Warrant Served | 7A | 008721/11 | EVAN MCFADDEN | 70.00 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|
| 725.00 | 1,047.30 | 125.00 | 0.00 | 0.00 | 1,897.30 |

850.00

TO INSURE PROPER CREDIT PLEASE INCLUDE
INVOICE NUMBER WITH PAYMENT

# NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.

**ATTORNEYS AT LAW**

733 YONKERS AVENUE - YONKERS, NY 10704

914 375-0100

# STATEMENT

CLIENT: SO05

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458

Statement Date: 05/02/11
**ACCOUNT** SO05-03
**LANDLORD** ALBERT SONTAG, RECEIVER
**PREMISES** 3212 CRUGER AVENUE
BRONX, NY 10467

| Invoice # | Date | Case # | Description | Ref./Apt. | Index | Tenant | Balance Due |
|---|---|---|---|---|---|---|---|
| 1120518 | 02/25/11 | 1033697 | Court Appearance | 5C | 007765/11 | KEVIN GAINES | 125.00 |
| 1123030 | 03/15/11 | 1033329 | Court Appearance | 4D | 003237/11 | KELLY RIOS | 125.00 |
| 1124083 | 03/16/11 | 1031369 | Court Appearance | 3C | 067963/10 | ULISA RIOS | 125.00 |
| 1124161 | 03/16/11 | 1033329 | Warrant Requested | 4D | 003237/11 | KELLY RIOS | 66.00 |
| 1125434 | 03/23/11 | 1031369 | Warrant Re-served | 3C | 067983/10 | ULISA RIOS | 94.15 |
| 1125478 | 03/24/11 | 1033697 | Court Appearance | 5C | 007765/11 | KEVIN GAINES | 125.00 |
| 1126717 | 03/31/11 | 1031369 | Warrant Re-served | 3C | 067983/10 | ULISA RIOS | 94.15 |
| 1126718 | 03/31/11 | 1022991 | Warrant Re-served | BSMT | 023509/10 | NELSON CASTILLO & RIGOBER | 116.15 |
| 1128128 | 04/12/11 | 1031369 | Court Appearance | 3C | 067983/10 | ULISA RIOS | 125.00 |
| 1129550 | 04/20/11 | 1022991 | Court Appearance | BSMT | 023509/10 | NELSON CASTILLO & RIGOBER | 125.00 |
| 1130458 | 04/27/11 | 1033329 | Warrant issued | 4D | 003237/11 | KELLY RIOS | 65.00 |
| 1130557 | 04/27/11 | 1033329 | Warrant Served | 4D | 003237/11 | KELLY RIOS | 70.00 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|
| 385.00 | 727.45 | 125.00 | 0.00 | 0.00 | 1,237.45 |

TO INSURE PROPER CREDIT PLEASE INCLUDE
INVOICE NUMBER WITH PAYMENT

# NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.

**ATTORNEYS AT LAW**

733 YONKERS AVENUE  -  YONKERS, NY 10704

914 375-0100

# STATEMENT

**CLIENT: SO05**

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458

| | |
|---|---|
| Statement Date: | 05/02/11 |
| **ACCOUNT** | SO05-07 |
| **LANDLORD** | ALBERT SONTAG, RECEIVER |
| **PREMISES** | 1225 SHERIDAN AVENUE |
| | BRONX, NY 10456 |

| Invoice # | Date | Case # | Description | Ref./Apt. | Index | Tenant | Balance Due |
|---|---|---|---|---|---|---|---|
| 1115216 | 01/26/11 | 1025141 | Court Appearance | 4D | 032889/10 | MARIA ARIAS | 125.00 |
| 1121662 | 03/02/11 | 1033792 | H/o Second Appearance | 4A | 010267/11 | MOSES MCKENZIE, YANISKA D | 450.00 |
| 1121662 | 03/02/11 | 1033792 | Mailings And Process S | 4A | 010267/11 | MOSES MCKENZIE, YANISKA D | 155.83 |
| 1122501 | 03/07/11 | 1026313 | Court Appearance | 1E | 039992/10 | CARLOS REYES & YAJAIRA BU | 125.00 |
| 1122695 | 03/08/11 | 1026314 | Warrant Re-served | 1E | 041511/10 | NELSEY DURAN | 91.15 |
| 1123937 | 03/15/11 | 1027776 | Court Appearance | 4C | 049043/10 | MOUSSA DIABATE & ABOUBACA | 200.00 |
| 1124558 | 03/18/11 | | Petition (dispossess) | 1C | 016197/11 | MERCEDES GONZALEZ & ESMER | 145.15 |
| 1124769 | 03/18/11 | 1027776 | Warrant Requested | 4C | 049043/10 | MOUSSA DIABATE & ABOUBACA | 60.00 |
| 1125436 | 03/23/11 | 1026313 | Warrant Re-served | 1E | 039992/10 | CARLOS REYES & YAJAIRA BU | 149.15 |
| 1125724 | 03/25/11 | 1026314 | Court Appearance | 1E | 041511/10 | NELSEY DURAN | 125.00 |
| 1125831 | 03/25/11 | 1033792 | Warrant Requested | 4A | 010267/11 | MOSES MCKENZIE, YANISKA D | 60.00 |
| 1126296 | 03/30/11 | 1035880 | Court Appearance | 1C | 016197/11 | MERCEDES GONZALEZ & ESMER | 125.00 |
| 1126427 | 03/30/11 | 1035880 | Warrant Requested | 1C | 016197/11 | MERCEDES GONZALEZ & ESMER | 60.00 |
| 1126463 | 03/30/11 | 1029528 | Warrant Issued | 2C | 060774/10 | RUBY WILLIAMS | 65.00 |
| 1127620 | 04/07/11 | 1033930 | Office Work | 5K | 007766/11 | PURA MALAVE | 45.00 |
| 1127620 | 04/07/11 | 1033930 | Process Service | 5K | 007766/11 | Disbursements: | 25.00 |
| 1127620 | 04/07/11 | 1033930 | Witness/service Fee | 5K | 007766/11 | | 15.00 |
| 1128694 | 04/14/11 | 1026314 | Court Appearance | 1E | 041511/10 | NELSEY DURAN | 125.00 |
| 1129752 | 04/21/11 | 1033930 | Court Appearance | 5K | 007766/11 | PURA MALAVE | 125.00 |
| 1130002 | 04/22/11 | 1026314 | Warrant Re-served | 1E | 041511/10 | NELSEY DURAN | 91.15 |

| Current | Over   30 | Over   60 | Over   90 | Over   120 | Total |
|---|---|---|---|---|---|
| 426.15 | 1,166.45 | 605.83 | 125.00 | 0.00 | 2,323.43 |

TO INSURE PROPER CREDIT PLEASE INCLUDE
INVOICE NUMBER WITH PAYMENT

1/24·15

**NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.**
ATTORNEYS AT LAW
733 YONKERS AVENUE  —  YONKERS, NY 10704
914 375-0100

# STATEMENT

Page: 1

CLIENT: SO05

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458

Statement Date: 05/02/11
**ACCOUNT** SO05-02
**LANDLORD** ALBERT SONTAG, RECEIVER
**PREMISES** 2345 CROTONA AVENUE
BRONX, NY 10458

| Invoice # | Date | Case # | Description | Ref./Apt | Index | Tenant | Balance Due |
|---|---|---|---|---|---|---|---|
| 1102093 | 11/01/10 | 1022992 | Court Appearance | 2A | 023199/10 | CARLOS VASQUEZ | 125.00 |
| 1106621 | 11/30/10 | 1032113 | Rent Demand | 4B | / | LOURDES PALACIO | 125.00 |
| 1114856 | 01/25/11 | 1034763 | Court Appearance | 5F | 002333/11 | RIVERA VS. ALBERT SONTAG | 150.00 |
| 1116200 | 01/31/11 | 1032885 | Court Appearance | 5F | 002880/11 | MARIA RIVERA | 125.00 |
| 1120462 | 02/25/11 | 1022992 | Court Appearance | 2A | 023199/10 | CARLOS VASQUEZ | 125.00 |
| 1120466 | 02/25/11 | 1022992 | Court Appearance | 2A | 023199/10 | CARLOS VASQUEZ | 125.00 |
| 1120549 | 02/25/11 | 1033696 | Court Appearance | 1D | 007764/11 | HILKA ROSARIO | 125.00 |
| 1120585 | 02/25/11 | 1029965 | Court Appearance | 2A | 061510/10 | CARLOS VASQUEZ | 175.00 |
| ~~1121078~~ | ~~03/02/11~~ | ~~1029976~~ | ~~Warrant Issued~~ | ~~2C~~ | ~~061508/10~~ | ~~ALBERTO RAFAEL ALMONTE~~ | ~~65.00~~ |
| ~~1122024~~ | ~~03/03/11~~ | ~~1032885~~ | ~~Court Appearance~~ | ~~5F~~ | ~~002880/11~~ | ~~MARIA RIVERA~~ | ~~125.00~~ |
| ~~1122360~~ | ~~03/04/11~~ | ~~1033696~~ | ~~Warrant Requested~~ | ~~1D~~ | ~~007764/11~~ | ~~HILKA ROSARIO~~ | ~~60.00~~ |
| ~~1122634~~ | ~~03/08/11~~ | ~~1029976~~ | ~~Warrant Served~~ | ~~2C~~ | ~~061508/10~~ | ~~ALBERTO RAFAEL ALMONTE~~ | ~~70.00~~ |
| ~~1123325~~ | ~~03/11/11~~ | ~~1029965~~ | ~~Warrant Requested~~ | ~~2A~~ | ~~061510/10~~ | ~~CARLOS VASQUEZ~~ | ~~60.00~~ |
| ~~1124393~~ | ~~03/18/11~~ | ~~1034854~~ | ~~Court Appearance~~ | ~~2E~~ | ~~010270/11~~ | ~~YOHANNA GARCIA~~ | ~~125.00~~ |
| ~~1125010~~ | ~~03/23/11~~ | ~~1037023~~ | ~~Rent Demand~~ | ~~3A~~ | ~~/~~ | ~~ERNESTO MORALES~~ | ~~125.00~~ |
| ~~1125011~~ | ~~03/23/11~~ | ~~1037024~~ | ~~Rent Demand~~ | ~~4E~~ | ~~/~~ | ~~AMPARO CHECO~~ | ~~125.00~~ |
| ~~1125013~~ | ~~03/23/11~~ | ~~1037027~~ | ~~Rent Demand~~ | ~~S~~ | ~~/~~ | ~~ALTAGRACIA JIMENEZ~~ | ~~125.00~~ |
| ~~1125353~~ | ~~03/23/11~~ | ~~1032113~~ | ~~Warrant Served~~ | ~~4B~~ | ~~072542/10~~ | ~~LOURDES PALACIO~~ | ~~70.00~~ |
| 1126636 | 03/31/11 | 1029976 | Legal Possession | 2C | 061508/10 | ALBERTO RAFAEL ALMONTE | 225.00 |
| 1127182 | 04/05/11 | 1032885 | Court Appearance | 5F | 002880/11 | MARIA RIVERA | 125.00 |
| 1127211 | 04/05/11 | 1032113 | Court Appearance | 4B | 072542/10 | LOURDES PALACIO | 125.00 |
| 1128706 | 04/15/11 | 1034854 | Court Appearance | 2E | 010270/11 | YOHANNA GARCIA | 125.00 |
| 1129254 | 04/19/11 | | Petition (dispossess) | 3A | 021539/11 | ERNESTO MORALES | 140.00 |
| 1129255 | 04/19/11 | | Petition (dispossess) | 4E | 021538/11 | AMPARO CHECO | 140.00 |
| 1129256 | 04/19/11 | | Petition (dispossess) | S | 021537/11 | ALTAGRACIA JIMENEZ | 140.00 |
| 1129674 | 04/20/11 | 1033696 | Warrant Issued | 1D | 007764/11 | HILKA ROSARIO | 65.00 |

*** (Continued ) ***

TO INSURE PROPER CREDIT PLEASE INCLUDE
INVOICE NUMBER WITH PAYMENT

NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.
ATTORNEYS AT LAW
733 YONKERS AVENUE  -  YONKERS, NY 10704
914 375-0100

# STATEMENT

CLIENT: SO05

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458

| Statement Date: | 05/02/11 |
|---|---|
| **ACCOUNT** | SO05-02 |
| **LANDLORD** | ALBERT SONTAG, RECEIVER |
| **PREMISES** | 2345 CROTONA AVENUE |
| | BRONX, NY 10458 |

| Invoice # | Date | Case # | Description | Ref./Apt. | Index | Tenant | Balance Due |
|---|---|---|---|---|---|---|---|
| 1129971 | 04/22/11 | 1033696 | Warrant Served | 1D | 007764/11 | HILKA ROSARIO | 70.00 |
| 1130467 | 04/27/11 | 1032885 | Court Appearance | 5F | 002880/11 | MARIA RIVERA | 125.00 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|
| 1,055.00 | 1,110.00 | 615.00 | 275.00 | 250.00 | 2,366.00 |

2355.

TO INSURE PROPER CREDIT PLEASE INCLUDE
INVOICE NUMBER WITH PAYMENT

# NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LEVENTHAL, P.C.

**ATTORNEYS AT LAW**

733 YONKERS AVENUE  -  YONKERS, NY 10704

914 375-0100

# STATEMENT

**CLIENT: SO05**

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458

| | |
|---|---|
| Statement Date: | 05/02/11 |
| ACCOUNT | SO05-06 |
| LANDLORD | ALBERT SONTAG, RECEIVER |
| PREMISES | 1221 SHERIDAN AVENUE |
| | BRONX, NY 10456 |

| Invoice # | Date | Case # | Description | Ref./Apt. | Incex | Tenant | Balance Due |
|---|---|---|---|---|---|---|---|
| 1078846 | 05/28/10 | 1020884 | Court Appearance | 33 | 012549/10 | ROCKMOND KEMP | 125.00 |
| 1104060 | 11/16/10 | 1026312 | Court Appearance | 23 | 041510/10 | MERCEDES GONZALEZ | 125.00 |
| 1107375 | 12/07/10 | 1029527 | Court Appearance | 44 | 060773/10 | CHARLES MERCER | 125.00 |
| 1111939 | 01/05/11 | 1022631 | Court Appearance | 48 | 021152/10 | ABDUL GEPUR | 125.00 |
| 1111941 | 01/05/11 | 1025135 | Court Appearance | 43 | 032894/10 | TROY WILSON | 125.00 |
| 1112100 | 01/06/11 | 1026312 | Court Appearance | 23 | 041510/10 | MERCEDES GONZALEZ | 125.00 |
| 1113011 | 01/12/11 | 1031375 | Court Appearance | 4 | 067985/10 | CARMEN BRITO | 125.00 |
| 1115217 | 01/26/11 | 1025316 | Court Appearance | 19 | 037564/10 | CRISTIANA NOLASCO | 125.00 |
| 1121547 | 03/02/11 | 1031381 | Court Appearance | 50 | 057988/10 | MARGARITA CASTANEDA | 125.90 |
| 1121980 | 03/02/11 | 1027913 | Warrant Issued | 3 | 049679/10 | KORFUL BEGUM & ROEIK ALI | 65.00 |
| 1122635 | 03/08/11 | 1027913 | Warrant Served | 3 | 049679/10 | KORFUL BEGUM & ROEIK ALI | 127.00 |
| 1123007 | 03/09/11 | 1034819 | Court Appearance | 21 | 010276/11 | ABDUL JOLIL & SAIYA BEGUM | 125.00 |
| 1123438 | 03/11/11 | N255810 | Warrant Issued | 11 | 068602/08 | GUESSOU B. MARIAMA | 65.00 |
| 1124768 | 03/18/11 | 1031375 | Warrant Requested | 4 | 067985/10 | CARMEN BRITO | 60.90 |
| 1125015 | 03/23/11 | 1037029 | Rent Demand | 2 | / | DARIO C. SANTANA | 125.00 |
| 1125355 | 03/23/11 | N255810 | Warrant Served | 11 | 068602/08 | GUESSOU B. MARIAMA | 70.90 |
| 1125356 | 03/23/11 | 1031376 | Warrant Served | 25 | 067986/10 | HILDA JULISSA DURAN | 70.00 |
| 1125481 | 03/24/11 | 1029527 | Court Appearance | 44 | 060773/10 | CHARLES MERCER | 125.00 |
| 1125484 | 03/24/11 | 1034819 | Court Appearance | 21 | 010276/11 | ABDUL JOLIL & SAIYA BEGUM | 125.00 |
| 1126301 | 03/30/11 | 1026312 | Court Appearance | 23 | 041510/10 | MERCEDES GONZALEZ | 125.00 |
| 1126637 | 03/31/11 | 1027913 | Legal Possession | 3 | 049679/10 | KORFUL BEGUM & ROEIK ALI | 225.00 |
| 1126718 | 03/31/11 | 1025316 | Warrant Re-served | 19 | 037564/10 | CRISTIANA NOLASCO | 91.15 |
| 1126720 | 03/31/11 | 1031381 | Warrant Re-served | 50 | 057988/10 | MARGARITA CASTANEDA | 91.15 |
| 1126839 | 03/31/11 | 1034819 | Court Appearance | 21 | 010276/11 | ABDUL JOLIL & SAIYA BEGUM | 125.00 |
| 1126852 | 03/31/11 | 1027913 | Court Appearance | 3 | 049679/10 | KORFUL BEGUM & ROEIK ALI | 250.00 |
| 1127030 | 04/04/11 | 1031376 | Court Appearance | 25 | 067986/10 | HILDA JULISSA DURAN | 125.00 |

*** (Continued ) ***

**TO INSURE PROPER CREDIT PLEASE INCLUDE
INVOICE NUMBER WITH PAYMENT**

NOVICK, EDELSTEIN, LUBELL, REISMAN, WASSERMAN & LOVENTHAL, P.C.
ATTORNEYS AT LAW
733 YONKERS AVENUE - YONKERS, NY 10704
914 375-0100

# STATEMENT

Page: 2

CLIENT: SO05

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, NY 10458

| | |
|---|---|
| Statement Date: | 05/02/11 |
| **ACCOUNT** | SO05-06 |
| **LANDLORD** | ALBERT SONTAG, RECEIVER |
| **PREMISES** | 1221 SHERIDAN AVENUE |
| | BRONX, NY 10456 |

| Invoice # | Date | Case # | Description | Ref./Apt | Index | Tenant | Balance Due |
|---|---|---|---|---|---|---|---|
| 1127777 | 04/08/11 | 1025316 | Court Appearance | 19 | 037564/10 | CRISTIANA NOLASCO | 200.00 |
| 1128041 | 04/11/11 | N255810 | Court Appearance | 11 | 068602/08 | GUESSOU B. MARIAMA | 125.00 |
| 1128696 | 04/14/11 | 1031375 | Court Appearance | 4 | 067985/10 | CARMEN BRITO | 125.00 |
| 1128964 | 04/18/11 | 1026312 | Warrant Served | 23 | 041510/10 | MERCEDES GONZALEZ | 70.00 |
| 1129021 | 04/18/11 | 1025316 | Warrant Re-mailed | 19 | 037564/10 | CRISTIANA NOLASCO | 30.00 |
| 1129205 | 04/19/11 | 1031381 | Court Appearance | 50 | 067988/10 | MARGARITA CASTANEDA | 125.00 |
| 1129650 | 04/20/11 | 1031375 | Warrant Requested | 4 | 067985/10 | CARMEN BRITO | 60.00 |

| Current | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|
| 860.00 | 1,799.30 | 190.00 | 525.00 | 375.00 | 3,849.30 |

1,985.0

TO INSURE PROPER CREDIT PLEASE INCLUDE
INVOICE NUMBER WITH PAYMENT

# NY Excel Fire Door Inc.

4403 - 15th Ave.
Brooklyn, NY 11219
Phone # (347) 866-5100
Fax    # (718) 435 - 7179

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2011 | 1184 |

### Bill To

All City Realty
5262 Briggs Ave.
Bronx, N.Y. 10458
Attn: Mr. Soloff

### Job Location

2350 Creston

| Item | Description | Amount |
|------|-------------|--------|
| Door | ROOF DOOR - Removed existing door and frame. Installed new door and frame into existing frame. Door has: 3 hinges Removed existing roof chain from old door and installed on new door. Removed panic bar from old door and installed on new door. | 600.00 |

*Job is finished, thanks M*

| | |
|---|---|
| Subtotal | $600.00 |
| Sales Tax (8.375%) | $0.00 |
| **Total** | **$600.00** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$600.00** |

*Your Prompt Payment Is Appreciated.*

*Please Write Our Invoice Number On Your Remittance.*

# Webster Lock

```
· · 0 · · C A

244 · 97  +
217 · 75  +
925 · 44  +
262 · 5   +

1 , 650 · 66   *
```

# Webster Lock & Hardware Co., Inc.



## Invoice

2471 WEBSTER AVENUE
BRONX, NY 10458
Tel: 718-584-4960
Fax:718-733-2678

| Invoice # | 429403 |
|---|---|
| Date | 4/11/2011 |

Bill To:

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, N.Y. 10458

Location:

1221 SHERIDAN AVENUE
Front Door

| P.O. No. | Terms | Due Date | Technician | Service Date | Ship Via |
|---|---|---|---|---|---|
| R.E. Dave | Net 30 | 5/11/2011 | 9 | 4/11/2011 | Our Truck |

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Service Call<br><br>Supplied and Installed<br>LCN #1461 cast iron door check with adjustable closing power and triple valve system. | 225.00 | 225.00 |

*Family Owned & Operated For Over 50 Years*

*Thank You For Your Business*

| | |
|---|---|
| Subtotal | $225.00 |
| Sales Tax (8.875%) | $19.97 |
| Total | $244.97 |

# Webster Lock & Hardware Co., Inc.

2471 WEBSTER AVENUE
BRONX, NY 10458
Tel: 718-584-4960
Fax:718-733-2678

**Invoice**

| | |
|---|---|
| Invoice # | 429891 |
| Date | 4/25/2011 |

**Bill To:**

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, N.Y. 10458

**Location:**

1225 SHERIDAN AVENUE
Front & Vestibule Doors

| P.O. No. | Terms | Due Date | Technician | Service Date | Ship Via |
|---|---|---|---|---|---|
| R.E. Francisco | Net 30 | 5/25/2011 | 15 | 4/25/2011 | Our Truck |

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| | Service Call | | |
| 1 | **FRONT DOOR** Our serviceman repaired the installation of the lock | 45.00 | 45.00 |
| 1 | Supplied and Installed Arrow knob lock | 110.00 | 110.00 |
| 1 | **VESTIBULE DOOR** Our serviceman repaired the installation of the Adams rite lock | 45.00 | 45.00 |

*Family Owned & Operated For Over 50 Years*

*Thank You For Your Business*

| | |
|---|---|
| Subtotal | $200.00 |
| Sales Tax (8.875%) | $17.75 |
| Total | $217.75 |

# Webster Lock & Hardware Co., Inc.

2471 WEBSTER AVENUE
BRONX, NY 10458
Tel: 718-584-4960
Fax: 718-733-2678

## Invoice

| | |
|---|---|
| Invoice # | 429401 |
| Date | 4/12/2011 |

**Bill To:**

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, N.Y. 10458

**Location:**

1221 SHERIDAN AVENUE
Front Door

| P.O. No. | Terms | Due Date | Technician | Service Date | Ship Via |
|---|---|---|---|---|---|
| R.E. Dave | Net 30 | 5/12/2011 | 9 | 4/12/2011 | Our Truck |

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| | Service Call | | |
| | Supplied and Installed | | |
| 1 | Arrow # H-12 heavy duty grade 1 American made cylindrical vestibule function lockset, set to sample key | 295.00 | 295.00 |
| 1 | Folger Adams #310-24 Stainless steel prison quality electric door release. | 525.00 | 525.00 |
| 2 | Full length piano hinges | 15.00 | 30.00 |
| 2 | Pairs of steel tabs | | |

*Family Owned & Operated For Over 50 Years*

*Thank You For Your Business*

| | |
|---|---|
| Subtotal | $850.00 |
| Sales Tax (8.875%) | $75.44 |
| Total | $925.44 |

# Webster Lock & Hardware Co., Inc.

2471 WEBSTER AVENUE
BRONX, NY 10458
Tel: 718-584-4960
Fax: 718-733-2678

## Invoice

| | |
|---|---|
| Invoice # | 413510 |
| Date | 4/22/2011 |

**Bill To:**

SOLOFF MANAGEMENT
2562 BRIGGS AVENUE
BRONX, N.Y. 10458

**Location:**

2345 CROTONA AVENUE
Intercom System

| P.O. No. | Terms | Due Date | Technician | Service Date | Ship Via |
|---|---|---|---|---|---|
| R.E. Ascela | Net 30 | 5/22/2011 | 4 | 4/22/2011 | Our Truck |

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| | Service Call | | |
| | Service requested to repair the intercom system. Our technician tested the wiring for continuity or short circuits. In order to repair the intercom system the following work was performed. Our technician repaired the short in wire leading to the (C) line, he replaced the PK-543 amplifier and the station in apt#3C to restore power. | | |
| | Supplied and Installed | | |
| 1 | (IR-204) Intercom apartment station (Apt# 3C) | 25.00 | 25.00 |
| 1 | PK543 Amplifier | 110.00 | 110.00 |
| | Note: Our access control team worked on the system for (1.5) hours. | 127.50 | 127.50 |

*Family Owned & Operated For Over 50 Years*

*Thank You For Your Business*

| | |
|---|---|
| Subtotal | $262.50 |
| Sales Tax (0.00) | $0.00 |
| Total | $262.50 |