EXHIBIT "L"

EXHIBIT "L"



● Queens County Savings Bank A Division of New York Community Bank- Member FDIC   ● Roslyn Savings Bank A Division of New York Community Bank- Member FDIC
● Richmond County Savings Bank A Division of New York Community Bank- Member FDIC   ● Roosevelt Savings Bank A Division of New York Community Bank- Member FDIC
● Garden State Community Bank A Division of NYCB - Member FDIC

One Jericho Plaza ● Jericho, NY 11753

Loan Recovery Unit

March 16, 2011

Albert Sontag Receiver
2307 Eastchester Road
Bronx, NY 10469

Re: Mortgage #: 11-056547-3 and 11-259784-7
Collateral Address: 2350 Creston Ave., Bronx NY; 3212 Cruger Ave., Bronx NY; 735 Bryant
Ave., Bronx NY; 1225 Sheridan Ave., Bronx NY; 1221 Sheridan Ave., Bronx NY; 2271
Morris Ave., Bronx NY; 2265 Morris Ave., Bronx NY

Dear Mr. Sontag,

Enclosed please find our check representing an advance for the above loan. The breakdown of the
funds is as follows:

| | |
|---|---|
| Receiver Commission | $138,322.60 |
| Receiver Legal Fees | $11,873.90 |
| ERP Liens 3212 Cruger Ave | $16,833.41 |
| ERP Liens 1225 Sheridan Ave. | $88,136.32 |
| **Total Advance to Receiver** | **$255,166.23** |

Please feel free to contact at 516-942-6077 with any questions.

Sincerely,

Christopher B. Beck
Assistant Vice President
Loan Recovery Unit

F/x#796874824649

# MORTGAGE SERVICES

NEW YORK COMMUNITY BANK
Member FDIC

9000161512

60-1211
1214

03/16/11

Date

PAY TO THE
ORDER OF   Albert Sontag - Receiver

$                    255,166.23

*** Two Hundred Fifty Five Thousand One Hundred Sixty Six Dollars and 23 Cents ***

DOLLARS

FOR 110565473

Issued by New York Commercial Bank, Westbury, New York
1-800-535-2269

_____
Authorized Signature

_____
Authorized Signature

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑂9000161512⑂ ⑂021412114⑂ 344621⑂

COPY

ALBERT SONTAG RE:2345 ASSOC.
COURT APPOINTED RECEIVER
2562 BRIGGS AVENUE
BRONX, N.Y. 10458

CAPITAL ONE BANK
9159 BAINBRIDGE AVE.
BRONX, N.Y. 10467
50-791/214

750860

| DATE | AMOUNT | CHECK NO. |
|------|--------|-----------|
| 03/17/11 | 11,873.90 | 750860 |

PAY    THE SUM OF    $11,873.90

VN: 22 /RN: 254

TO
THE
ORDER
OF

CANTOR, MANDELKER, WOLF, PC
51 EAST 42nd STREET
NEW YORK, N.Y. 10017

SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

⑈0750860⑈ ⑆021407912⑆ ⑈7047343237⑈

DETACH AND RETAIN THIS STATEMENT  The attached check is in payment of items described below. If not correct please notify us promptly. No receipt desired.

| DATE | PO/INV/ACT-DESC | ITEM-AMT | CODE-DESCRIPT. | BLD/ACT#:ADDRESS |
|------|-----------------|----------|----------------|------------------|
| 3/17/11 | | 11,873.90 | 27-LEGAL | 75  :2271 MORRIS AVE. |
| | ** TOTAL ** | 11,873.90 | | VN: 22 /RN: 254 |



THIS CHECK IS VOID WITHOUT A BLUE & BURGUNDY BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

ALBERT SONTAG RE:2345 ASSOC.
COURT APPOINTED RECEIVER
2562 BRIGGS AVENUE
BRONX, N.Y. 10458

CAPITAL ONE BANK
9159 BAINBRIDGE AVE.
BRONX, N.Y. 10467
50-791/214

750859

| DATE | AMOUNT | CHECK NO. |
|------|--------|-----------|
| 03/17/11 | 138,322.60 | 750859 |

PAY    THE SUM OF    $138,322.60

VN: 270 /RN: 253

TO
THE
ORDER
OF

ALBERT SONTAG
2307 EASTCHESTER ROAD
BRONX, N.Y. 10469

SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

⑈0750859⑈ ⑆021407912⑆ ⑈7047343237⑈

DETACH AND RETAIN THIS STATEMENT  The attached check is in payment of items described below. If not correct please notify us promptly. No receipt desired.

| DATE | PO/INV/ACT-DESC | ITEM-AMT | CODE-DESCRIPT. | BLD/ACT#:ADDRESS |
|------|-----------------|----------|----------------|------------------|
| 3/17/11 | COMMOSSION | 138,322.60 | 30-PROFESSIONAL | 75  :2271 MORRIS AVE. |
| | ** TOTAL ** | 138,322.60 | | VN: 270 /RN: 253 |

EXHIBIT "M"

EXHIBIT "M"

2/15/11

PART 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX:

| Case Disposed | ☐ |
| Settle Order | ☐ |
| Schedule Appearance | ☐ |

New York Community Bank

-against-

Index Nº. 303448/09

Hon. **Betty Owen Stinson**

2345 Associates, Inc., et al

Justice.

The following papers numbered 1 to _____ Read on this motion,_____
Noticed on _____ and duly submitted as No. _____ on the Motion Calendar of _____

|  | PAPERS NUMBERED | |
|---|---|---|
| Notice of Motion - Order to Show Cause - Exhibits and Affidavits Annexed | | |
| Answering Affidavit and Exhibits | | |
| Replying Affidavit and Exhibits | | |
| _____ Affidavits and Exhibits | | |
| Pleadings - Exhibit | | |
| Stipulation(s) - Referee's Report - Minutes | | |
| Filed Papers | | |
| Memoranda of Law | | |

Upon the foregoing papers this

motion is decided in accordance with the annexed

memorandum decision and Order.

Motion is Respectfully Referred to:
Justice:
Dated:

Dated: 2 / 15 /2011

Hon. _____
J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX: PART 1A8
--------------------------------------------------X
NEW YORK COMMUNITY BANK

INDEX No. 308448/09

**DECISION AND ORDER**

Plaintiff(s),

Present:
-against-                                          HON. BETTY OWEN STINSON

2345 ASSOCIATES, INC. et al.,

Defendant(s)
--------------------------------------------------X

STINSON, J.:

Upon the foregoing papers including the Stipulation and Proposed Order permitting

Receiver to pay himself an interim commission and other relief, the affidavit of the Receiver

Albert Sontag dated August 23, 2010 and the affirmation of the Receiver's attorney Gary Hoppe

dated August 23, 2010 and all of the exhibits annexed to the Stipulation and Proposed Order

submitted to the court it is,

ORDERED that:

1.    The Receiver is awarded an interim commission in the sum of $38,729.34 for the

period commencing on the inception of the Receivership through July 31, 2010 and shall be

permitted to pay himself said amount from the sums currently held by the Receiver and/or which

are to come into his possession.

2.    The Receiver is granted leave to pay the Law Firm of Kantor, Davidoff, Wolfe,

Mandelker, Twomey & Gallanty, P.C. by Gary Hoppe from the sums currently held by the

-1-

Receiver and/or sums which come into his possession, an interim counsel fee in the amount of $6,377.50 and to pay or reimburse Kantor, etc. the sum of $364.50 for disbursements incurred by the law firm on behalf of the Receiver, amounting in all to the sum of $6,742.00 for fees/disbursements incurred during the period from November 24, 2009 through July 31, 2010.

3.      The interim commission and interim counsel fees and disbursement payment authorized and to be paid pursuant to this Order are to be credited against any commission to which the Receiver may be entitled, and any counsel fees to which Kantor may be entitled, when the Receiver settles his final account.

This is the decision and Order of the court.

February 11, 2011
Bronx, New York

**BETTY OWEN STINSON, J.S.C.**

-2-

EXHIBIT "N"

EXHIBIT "N"

# KANTOR, DAVIDOFF, WOLFE, MANDELKER, TWOMEY & GALLANTY, P.C.

ATTORNEYS AT LAW

51 EAST 42ND STREET
NEW YORK, N.Y. 10017-5497
TELEPHONE: (212) 662-8383
FAX: (212) 949-5206

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York  10469

Invoice 34651

---

FOR PROFESSIONAL SERVICES RENDERED:

CLIENT/MATTER NO.: 0383.007
Re:  Community Bank

August 01, 2010

| DATE | ATTORNEY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/24/09 | LAM | Reviewed order, telephone conference with and e-mail to C.Palmer; telephone conferences with client | 0.60 | 600.00 | 360.00 |
| 11/25/09 | LAM | Exchanged e-mails with bank's attorneys | 0.20 | 600.00 | 120.00 |
| 11/30/09 | LAM | Drafted ex-parte order for appointment of counsel and managing agent | 0.50 | 600.00 | 300.00 |
| 12/03/09 | LAM | Telephone conference call with A.Sontag, A.Soloff, C.Palmer and C.Beck | 0.50 | 600.00 | 300.00 |
| 12/07/09 | LAM | E-mail from and to C.Palmer with revisions | 0.30 | 600.00 | 180.00 |
| 12/08/09 | LAM | Revised consent order stipulation; e-mail to C.Palmer; fax to A.Sontag; telephone conference with A.Sontag, with S.Konigsberg; prepared Notice to Attorn | 1.30 | 600.00 | 780.00 |
| 12/09/09 | DK | Conference with L. Mandelker; review Stipulation and Order | 0.20 | 350.00 | 70.00 |
| 12/10/09 | DK | Submit proposed order in court | 1.50 | 350.00 | 525.00 |
| 12/10/09 | DK | Conference with L. Mandelker | 0.10 | 350.00 | 35.00 |
| 12/15/09 | LAM | Telephone conference with L.Smith re emergency order | 0.10 | 600.00 | 60.00 |
| 12/16/09 | LAM | Responded to e-mail from L.Smith; e-mails to client; telephone conference with client | 0.70 | 600.00 | 420.00 |
| 12/17/09 | LAM | Telephone conference with client; e-mail to and from C.Palmer | 0.30 | 600.00 | 180.00 |
| 12/21/09 | LAM | Telephone conferences with A.Soloff, C.Palmer, with L.Smith; e-mails among A.Sontag and A.Soloff | 0.70 | 600.00 | 420.00 |
| 12/22/09 | LAM | Telephone conferences with A.Sontag and A.Soloff; telephone conference with S.Edelstein; e-mail to S.Edelstein | 0.30 | 600.00 | 180.00 |
| 12/23/09 | LAM | E-mails from and to A.Soloff; telephone conference with A.Sontag; e-mail to L.Smith | 0.30 | 600.00 | 180.00 |
| 01/26/10 | DK | Review OSC | 0.20 | 350.00 | 70.00 |
| 01/26/10 | DK | Submit OSC | 3.00 | 350.00 | 1050.00 |

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York  10469

---

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | ATTORNEY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/28/10 | DK | Follow re OSC with motions clerk; fiduciary clerk; orders clerk; brief L. Mandelker | 0.50 | 350.00 | 175.00 |
| 02/01/10 | GH | Telephone conference with reciever and correspondence re: L/T issues. | 0.20 | 425.00 | 85.00 |
| 02/01/10 | GH | Review proposed order and correspondence re: same. | 0.30 | 425.00 | 127.50 |
| 02/01/10 | GH | Telephone conferences re: order of and L/T matters. | 0.20 | 425.00 | 85.00 |
| 02/02/10 | GH | Correspondence with L/T attorney. | 0.20 | 425.00 | 85.00 |
| 02/04/10 | GH | Telephone conferences with A. Sontag and attorney re: property issues | 0.30 | 425.00 | 127.50 |
| 02/09/10 | GH | Review of OSC and supporting papers and attention to service; correspondence re: same | 0.80 | 425.00 | 340.00 |
| 02/09/10 | GH | Attention to notice of claim and correspondence re: same. | 0.50 | 425.00 | 212.50 |
| 02/11/10 | GH | Conference with D. Kokhba re: order; check clerk's files. | 0.40 | 425.00 | 170.00 |
| 02/19/10 | DK | Review prepare for appearance | 0.20 | 350.00 | 70.00 |
| 02/22/10 | DK | Court appearance re OSC, prepare notice to submit | 3.00 | 350.00 | 1050.00 |
| 02/25/10 | MCK | Review file; telephone conversation with plaintiff's attorney re: amendment to order (to change bank); prepare stipulation and arrange for execution by counsel | 0.50 | 450.00 | 225.00 |
| 03/01/10 | MCK | Telephone conversations with Court | 0.20 | 450.00 | 90.00 |
| 03/02/10 | MCK | Draft order amending order of appointment | 0.40 | 450.00 | 180.00 |
| 03/04/10 | DK | Check on status of order, brief L. Mandelker | 0.20 | 350.00 | 70.00 |
| 03/05/10 | DK | Follow with court re order | 0.20 | 350.00 | 70.00 |
| 03/05/10 | DK | Brief M. Kesten | 0.10 | 350.00 | 35.00 |
| 03/05/10 | DK | Conference with L. Mandelker, conference with chambers, brief client | 0.30 | 350.00 | 105.00 |
| 03/12/10 | MCK | Prepare Hoppe affirmation and re-submit proposed order to Court | 0.60 | 450.00 | 270.00 |
| 03/18/10 | LAM | Reviewed OSC from HPD; telephone conference with A. Soloff | 0.30 | 600.00 | 180.00 |
| 03/24/10 | DK | Conference with L. Mandelker re order; follow re same with county clerk | 0.20 | 350.00 | 70.00 |
| 03/25/10 | DK | Conference with Judge's clerk; clerk's office re order; brief L. Mandelker | 1.30 | 350.00 | 455.00 |
| 03/29/10 | DK | Follow with court clerk re order amending order | 0.10 | 350.00 | 35.00 |
| 04/06/10 | DK | Follow with Fiduciary Clerk, Part re proposed order | 0.10 | 350.00 | 35.00 |

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York 10469

---

FOR PROFESSIONAL SERVICES RENDERED

| DATE | ATTORNEY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 04/14/10 | DK | Follow re ex parte order | 0.10 | 350.00 | 35.00 |
| 04/21/10 | DK | Conference with part clerk re order | 0.10 | 350.00 | 35.00 |
| 04/22/10 | LAM | Prepared and sent letter to court | 0.50 | 600.00 | 300.00 |
| 07/26/10 | LAM | Telephone conference with client | 0.10 | 600.00 | 60.00 |
| 07/30/10 | MCK | Begin drafting stipulation and supporting papers for interim receiver commission and counsel fee | 2.50 | 450.00 | 1125.00 |

Total Fees                                                                      $11,132.50

CHRONOLOGICAL LIST OF EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 11/30/09 | Fax charges | 6.25 |
| 11/30/09 | Photocopy charges | 19.55 |
| 11/30/09 | Postage charges | 5.35 |
| 12/08/09 | Stipulation & order to retain counsel | 45.00 |
| 12/10/09 | Photocopy charges | 1.25 |
| 12/10/09 | Travel-subway | 4.50 |
| 12/31/09 | Fax charges | 12.50 |
| 12/31/09 | Photocopy charges | 25.75 |
| 12/31/09 | Telephone charges-AT&T | 4.50 |
| 01/26/10 | Motion filing fee | 45.00 |
| 01/26/10 | Travel-subway | 4.50 |
| 01/31/10 | Telephone charges-AT&T | 7.95 |
| 02/22/10 | Travel-subway | 4.50 |
| 02/28/10 | United Lawyers Services | 10.00 |
| 03/05/10 | Filing fee | 45.00 |
| 03/31/10 | Photocopy charges | 5.00 |
| 03/31/10 | Postage charges | 1.40 |
| 03/31/10 | United Lawyers Services | 40.00 |
| 04/26/10 | Travel-subway | 4.50 |
| 04/30/10 | Photocopy charges | 29.50 |
| 04/30/10 | Postage charges | 8.20 |
| 05/24/10 | Travel-subway | 9.00 |
| 05/31/10 | Fax charges | 2.50 |
| 05/31/10 | Photocopy charges | 3.75 |
| 05/31/10 | Postage charges | 2.10 |
| 05/31/10 | Telephone charges-AT&T | 8.40 |
| 07/31/10 | Photocopy charges | 3.75 |

Total Expenses                                                                  $368.60

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York  10469

FOR PROFESSIONAL SERVICES RENDERED:

## MATTER SUMMARY 0383.007

| | |
|---|---|
| Hours | 25.20 |
| Fees | $11,132.50 |
| Disbursements | $368.60 |
| Deposit or Credit | $0.00 |
| Total This Matter | $11,501.10 |

## ATTORNEY SUMMARY

| | | |
|---|---|---|
| DK | 11.40 | $3,990.00 |
| GH | 2.90 | $1,232.50 |
| LAM | 6.70 | $4,020.00 |
| MCK | 4.20 | $1,890.00 |

## INVOICE SUMMARY

| | |
|---|---|
| Hours | 25.20 |
| Fees | $11,132.50 |
| Disbursements | $368.60 |
| Total Of Invoice | $11,501.10 |

| | |
|---|---|
| Grand Total | $11,501.10 |

EXHIBIT "O"

EXHIBIT "O"

# KANTOR, DAVIDOFF, WOLFE, MANDELKER, TWOMEY & GALLANTY, P.C.

### ATTORNEYS AT LAW

51 EAST 42ND STREET
NEW YORK, N.Y. 10017-5497
TELEPHONE: (212) 682-8383
FAX: (212) 949-5206

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York 10469

Invoice 36756

---

FOR PROFESSIONAL SERVICES RENDERED:

CLIENT/MATTER NO.: 0383.007
Re: Community Bank

May 01, 2011

| DATE | ATTORNEY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/03/10 | LAM | Revised stipulation and order | 1.00 | 600.00 | 600.00 |
| 08/04/10 | LAM | Revised affidavits in support of interim commission | 0.80 | 600.00 | 480.00 |
| 08/05/10 | LAM | E-mail to C.Palmer | 0.30 | 600.00 | 180.00 |
| 08/09/10 | LAM | Telephone call to C.Palmer | 0.10 | 600.00 | 60.00 |
| 08/16/10 | LAM | Telephone conference with C.Palmer | 0.10 | 600.00 | 60.00 |
| 08/17/10 | LAM | E-mails from and to C.Palmer | 0.10 | 600.00 | 60.00 |
| 08/23/10 | LAM | Meeting with client; assembled exhibits and prepared papers for filing | 0.50 | 600.00 | 300.00 |
| 08/24/10 | LAM | Telephone conference with client | 0.20 | 600.00 | 120.00 |
| 09/08/10 | LAM | Checked status of order | 0.20 | 600.00 | 120.00 |
| 09/13/10 | LAM | Telephone conference with clerk's office | 0.10 | 600.00 | 60.00 |
| 09/27/10 | LAM | Telephone conference with fiduciary clerk; e-mailed duplicate stipulation/order | 0.20 | 600.00 | 120.00 |
| 09/28/10 | DK | Follow with Guardenship clerk re stipulated order, brief L. Mandelker | 1.50 | 350.00 | 525.00 |
| 09/28/10 | LAM | Letter to agent for liability carrier; second e-mail to order clerk; telephone conference with client | 0.30 | 600.00 | 180.00 |
| 11/08/10 | MCK | Review documents provided by defendants; email to defendants' counsel | 0.40 | 450.00 | 180.00 |
| 11/09/10 | MCK | Review and respond to emails from defendants' counsel; telephone conversations with receiver; letter to receiver | 0.50 | 450.00 | 225.00 |
| 12/02/10 | MCK | Emails to defendants' counsel | 0.20 | 450.00 | 90.00 |
| 12/14/10 | LAM | Started drafting motion for second interim fees | 0.70 | 600.00 | 420.00 |
| 01/06/11 | LAM | Telephone conferences with client, with A.Soloff; revised Notice of Motion, L. Mandelker Affidavit; drafted and revised Albert Sontag Supplemental Affidavit | 3.10 | 600.00 | 1860.00 |
| 01/07/11 | LAM | Revised Sontag affidavit and stipulation for second interim commission | 1.70 | 600.00 | 1020.00 |

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York  10469

Invoice 36756

---

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | ATTORNEY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 01/10/11 | LAM | Revised draft stipulation; contacted court personnel re: missing order re first application for interim fees | 0.50 | 600.00 | 300.00 |
| 01/13/11 | LAM | Telephone conference with client; drafted letter to HPD | 0.40 | 600.00 | 240.00 |
| 01/24/11 | LAM | E-mail from Davidoff Malito & Hutcher LLP, from A.Sontag; telephone conference with S.Davidoff; e-mail to A.Sontag; telephone conference with A.Sontag, with R.Soloff; e-mail from C.Beck | 0.70 | 600.00 | 420.00 |
| 01/26/11 | DK | Follow with court re order permitting receiver to pay first interim commission | 0.20 | 351.00 | 70.20 |
| 01/26/11 | DK | Conference with L. Mandelker re same | 0.10 | 350.00 | 35.00 |
| 01/28/11 | DK | Follow for court order re first interim commission | 0.10 | 350.00 | 35.00 |
| 02/01/11 | DK | Follow re order concerning first interim commission | 0.10 | 350.00 | 35.00 |
| 02/01/11 | LAM | Telephone conference with A.Sontag and C.Beck | 0.10 | 600.00 | 60.00 |
| 02/02/11 | DK | Follow order re first interim commission; conference with fiduciary clerk; status e-mail to L.Mandelker | 0.40 | 350.00 | 140.00 |
| 02/03/11 | LAM | Conference call with A.Sontag, S.Davidoff and S.Crowley | 0.50 | 600.00 | 300.00 |
| 02/03/11 | DK | Follow order re first interim commission with fiduciary clerk | 0.10 | 350.00 | 35.00 |
| 02/04/11 | DK | Follow with Court re order for first interim commission | 0.10 | 350.00 | 35.00 |
| 02/07/11 | DK | Follow with clerk/Mr. Hanlon re first interim commission order | 0.10 | 350.00 | 35.00 |
| 02/07/11 | DK | Brief L. Mandelker | 0.10 | 350.00 | 35.00 |
| 02/07/11 | LAM | Telephone conference with client, with M.Fahy; telephone conference with A.Soloff re personal injury lawsuit | 0.40 | 600.00 | 240.00 |
| 02/08/11 | DK | Follow order for first interim commission | 0.20 | 350.00 | 70.00 |
| 02/08/11 | LAM | Prepared informal acounting and sent it to client for review; telephone conference with A.Sontag and A.Soloff | 1.00 | 600.00 | 600.00 |
| 02/10/11 | DK | Conference with L.Mandelker re order for first interim commission; memo to file | 0.20 | 350.00 | 70.00 |
| 02/11/11 | DK | Follow order for first interim commission | 0.10 | 350.00 | 35.00 |
| 02/11/11 | DK | Brief L. Mandelker | 0.10 | 350.00 | 35.00 |

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York  10469

---

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | ATTORNEY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 02/14/11 | DK | Follow in person with court re order for first interim commission | 1.50 | 350.00 | 525.00 |
| 02/14/11 | DK | Brief L. Mandelker | 0.10 | 350.00 | 35.00 |
| 02/15/11 | LAM | Meeting with A.Sontag and mortgagee's special counsel, Sid Davidoff; reviewed order from court approving first interim account through 7/31/10 | 1.50 | 600.00 | 900.00 |
| 02/17/11 | LAM | E-mails to and from A.Sontag and A.Soloff; revised second interim account | 0.90 | 600.00 | 540.00 |
| 03/03/11 | LAM | Telephone conference with client re property conditions and sale issues | 0.30 | 600.00 | 180.00 |
| 03/09/11 | LAM | Telephone conference with and e-mail to A.Sontag | 0.30 | 600.00 | 180.00 |
| 03/10/11 | LAM | Telephone conference with A.Sontag and C.Beck; e-mail to C.Beck; reviewed Order to Show Cause to stop sale | 0.70 | 600.00 | 420.00 |
| 03/15/11 | LAM | Multiple telephone calls with client, with S.Crowley; e-mail to and from C.Beck | 0.40 | 600.00 | 240.00 |
| 03/22/11 | LAM | Reviewed e-mails from counsel; telephone conference with client, with S.Patel; with A.Soloff (and associated e-mails); telephone conference with Ian Lane re insurance claim | 0.70 | 600.00 | 420.00 |
| 03/23/11 | LAM | Telephone conference with client; conference call with client, C.Palmer, S.Patel, A.Soloff, C.Beck and S.Crowley | 0.30 | 600.00 | 180.00 |
| 03/24/11 | LAM | Reviewed order to show cause; telephone conference with client, with S.Patel | 1.20 | 600.00 | 720.00 |
| 03/28/11 | LAM | Telephone conference with client; telephone conference with M.Maidman | 0.30 | 600.00 | 180.00 |
| 03/29/11 | LAM | Telephone conference with client, with C.Palmer, with A.Soloff; prepared affidavit in opposition to Order to Show Cause to intervenor | 0.80 | 600.00 | 480.00 |
| 03/30/11 | LAM | Telephone conference with M.Maidman, with client, with A.Soloff | 0.40 | 600.00 | 240.00 |
| 03/31/11 | DK | Review motion to intervene and assemble opposition | 1.00 | 350.00 | 350.00 |
| 03/31/11 | LAM | Telephone conference with A.Sontag, with A.Soloff | 0.30 | 600.00 | 180.00 |
| 04/04/11 | DK | Appear re motion to intervene | 3.00 | 350.00 | 1050.00 |
| 04/05/11 | DK | Conference with L. Mandelker re motion | 0.10 | 350.00 | 35.00 |
| 04/06/11 | LAM | Telephone conferences with client, with S.Crowley | 0.20 | 600.00 | 120.00 |

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York  10469

Invoice 36756

---

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | ATTORNEY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 04/06/11 | DK | Conference with L. Mandelker re motion | 0.10 | 350.00 | 35.00 |
| 04/11/11 | LAM | Telephone conference with A.Sontag and A.Soloff; telephone conference with A.Sontag; e-mail to reporter | 0.50 | 600.00 | 300.00 |
| 04/12/11 | LAM | Meeting with client | 1.00 | 600.00 | 600.00 |
| 04/13/11 | LAM | Reviewed motion to substitute assignee; telephone conference with client | 0.20 | 600.00 | 120.00 |
| 04/14/11 | LAM | Telephone conferences with M.Maidman (2) and client; drafted stipulation terminating receivership | 0.60 | 600.00 | 360.00 |
| 04/25/11 | LAM | Reviewed draft Stipulation; telephone conference with M.Maidman | 0.30 | 600.00 | 180.00 |
| 04/26/11 | LAM | E-mails from and to M.Maidman, to client | 0.30 | 600.00 | 180.00 |
| 04/27/11 | LAM | Telephone conference with client, with A.Soloff; e-mail to M.Deraco | 0.30 | 600.00 | 180.00 |
| | Total Fees | | | | $18,415.20 |

CHRONOLOGICAL LIST OF EXPENSES

| 07/07/10 | Travel-subway | 4.50 |
|----------|---------------|------|
| 08/23/10 | Stipulation & Order | 45.00 |
| 08/31/10 | Photocopy charges | 15.75 |
| 08/31/10 | Telephone charges-AT&T | 2.15 |
| 09/30/10 | Photocopy charges | 8.25 |
| 09/30/10 | Postage charges | 8.10 |
| 10/28/10 | Motion filing fee | 45.00 |
| 11/04/10 | ServerLinks | 245.00 |
| 12/31/10 | Photocopy charges | 8.00 |
| 01/31/11 | Postage charges | 2.45 |
| 02/12/11 | Travel-subway | 4.50 |
| 02/28/11 | Photocopy charges | 3.75 |
| 02/28/11 | Telephone charges-AT&T | 8.50 |
| 03/31/11 | Federal Express charges | 65.80 |
| 03/31/11 | Photocopy charges | 4.75 |
| 03/31/11 | Telephone charges-AT&T | 13.15 |
| 04/04/11 | Travel-subway | 4.50 |
| | Total Expenses | $489.15 |
| 5/4/11 | Deposit | ($11,873.90) |

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York  10469

FOR PROFESSIONAL SERVICES RENDERED:

## MATTER SUMMARY 0383.007

| | |
|---|---|
| Hours | 34.80 |
| Fees | $18,415.20 |
| Disbursements | $489.15 |
| Deposit or Credit | ($11,873.90) |
| Total This Matter | $7,030.45 |

## ATTORNEY SUMMARY

| | | |
|---|---|---|
| DK | 9.20 | $3,220.20 |
| LAM | 24.50 | $14,700.00 |
| MCK | 1.10 | $495.00 |

## INVOICE SUMMARY

| | |
|---|---|
| Hours | 34.80 |
| Fees | $18,415.20 |
| Disbursements | $489.15 |
| Deposit or Credit | ($11,873.90) |
| Total Of Invoice | $7,030.45 |

| | |
|---|---|
| Grand Total | $7,030.45 |

To insure proper credit, please place invoice number on your check

EXHIBIT "P"

EXHIBIT "P"

# KANTOR, DAVIDOFF, WOLFE, MANDELKER, TWOMEY & GALLANTY, P.C.

ATTORNEYS AT LAW

51 EAST 42ND STREET
NEW YORK, N.Y. 10017-5497
TELEPHONE: (212) 682-8383
FAX: (212) 949-5206

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York 10469

Invoice 37119

---

FOR PROFESSIONAL SERVICES RENDERED:

CLIENT/MATTER NO.: 0383.007
Re: Community Bank

July 01, 2011

| DATE | ATTORNEY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 05/03/11 | LAM | Intraoffice conference with Thomas Kass | 0.40 | 600.00 | 240.00 |
| 05/05/11 | LAM | Telephone conference with A.Soloff for the accounting; worked on accounting | 1.30 | 600.00 | 780.00 |
| 05/09/11 | LAM | Telephone conference with A.Sontag and A.Soloff re: accounting | 0.40 | 600.00 | 240.00 |
| 05/10/11 | LAM | Started working on final account | 0.60 | 600.00 | 360.00 |
| 05/18/11 | LAM | Telephone conference with Receiver and A.Soloff re accounting | 0.30 | 600.00 | 180.00 |
| 05/24/11 | LAM | Drafted Notice of Motion to settle final account; commenced revising A.Sontag Affidavit | 1.50 | 600.00 | 900.00 |
| 05/26/11 | LAM | Telephone conferences with A.Sontag, with A.Soloff; continued drafting motion to settle final account | 5.60 | 600.00 | 3360.00 |
| 05/27/11 | LAM | Completed drafting final account; telephone conference with A.Sontag, with A.Soloff | 6.00 | 600.00 | 3600.00 |
| 05/31/11 | LAM | E-mail to and from M.Maidman; telephone conferences with A.Soloff, with A.Sontag; revised accounting | 1.00 | 600.00 | 600.00 |
| 06/15/11 | LAM | Telehone conference with H.Zubli, with A.Sontag | 0.50 | 600.00 | 300.00 |
| 06/20/11 | LAM | Telephone conference with H.Zubli, with client | 0.40 | 600.00 | 240.00 |
| 06/22/11 | LAM | Telephone conference with client; drafted letter to H.Zubli | 1.00 | 600.00 | 600.00 |
| 06/23/11 | LAM | Revised letter to H.Zubli and sent same | 0.40 | 600.00 | 240.00 |
| 06/24/11 | LAM | Telephone conference with H.Zubli | 0.10 | 600.00 | 60.00 |
| 06/29/11 | LAM | E-mails from and to C.Kirschenbaum, to L.Smith | 0.20 | 600.00 | 120.00 |
| 06/30/11 | LAM | Continued drafting formal motion to settle Receiver's final account; emails from and to L.Smith, M.Maidman; telephone conference with A.Soloff | 5.60 | 600.00 | 3360.00 |

Total Fees $15,180.00

*To insure proper credit, please place invoice number on your check*

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York  10469

Invoice 37119

---

FOR PROFESSIONAL SERVICES RENDERED:

CHRONOLOGICAL LIST OF EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/11 | Telephone charges-AT&T | 12.30 |
| 05/31/11 | Federal Express charges | 49.70 |
| 05/31/11 | Photocopy charges | 110.50 |
| 05/31/11 | Telephone charges-AT&T | 6.10 |
| 06/07/11 | Travel-subway | 4.50 |
| | Total Expenses | $183.10 |

MATTER SUMMARY 0383.007

| | |
|---|---|
| Hours | 25.30 |
| Fees | $15,180.00 |
| Disbursements | $183.10 |
| Deposit or Credit | $0.00 |
| Total This Matter | $15,363.10 |

Open Invoices For Matter 0383.007 From Previous Billings:

| INVOICE | DATE | BALANCE |
|---------|------|---------|
| 36756 | 05/04/11 | $7,030.45 |
| Balance Of Open Invoices | | $7,030.45 |

ATTORNEY SUMMARY

| | | |
|---|---|---|
| LAM | 25.30 | $15,180.00 |

INVOICE SUMMARY

| | |
|---|---|
| Hours | 25.30 |
| Fees | $15,180.00 |
| Disbursements | $183.10 |
| Total Of Invoice | $15,363.10 |

| | |
|---|---|
| Balance Of Open Invoices | $7,030.45 |
| Grand Total | $22,393.55 |

*To insure proper credit, please place invoice number on your check*

EXHIBIT "Q"

EXHIBIT "Q"

2/15/11

PART 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX:

| Case Disposed | ☐ |
| Settle Order | ☐ |
| Schedule Appearance | ☐ |

New York Community Bank

-----------------------------------X

-against-

Index Nº. 380448/09

Hon. **Betty Owen Stinson**

2345 Associates, Inc., et al

-----------------------------------X

Justice.

The following papers numbered 1 to _____ Read on this motion,_____
Noticed on _____ and duly submitted as No. _____ on the Motion Calendar of_____

| | PAPERS NUMBERED | |
|---|---|---|
| Notice of Motion - Order to Show Cause - Exhibits and Affidavits Annexed | | |
| Answering Affidavit and Exhibits | | |
| Replying Affidavit and Exhibits | | |
| _____ Affidavits and Exhibits | | |
| Pleadings - Exhibit | | |
| Stipulation(s) - Referee's Report - Minutes | | |
| Filed Papers | | |
| Memoranda of Law | | |

Upon the foregoing papers this                    motion is decided in accordance with the annexed

memorandum decision and Order.

Motion is Respectfully Referred to:

Justice:

Dated:

Dated: 2 / 15 /2011

Hon. _____
J.S.C.

NEW YORK SUPREME COURT - COUNTY OF BRONX

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX: PART IA8
--------------------------------------------------X
NEW YORK COMMUNITY BANK

                                    INDEX No. 308448/09

                                    **DECISION AND ORDER**

                Plaintiff(s),

                                    Present:
        -against-                   HON. BETTY OWEN STINSON

2345 ASSOCIATES, INC. et al.,

                Defendant(s)
--------------------------------------------------X

STINSON, J.:

    Upon the foregoing papers including the Stipulation and Proposed Order permitting Receiver to pay himself an interim commission and other relief, the affidavit of the Receiver Albert Sontag dated August 23, 2010 and the affirmation of the Receiver's attorney Gary Hoppe dated August 23, 2010 and all of the exhibits annexed to the Stipulation and Proposed Order submitted to the court it is,

ORDERED that:

    1.    The Receiver is awarded an interim commission in the sum of $38,729.34 for the period commencing on the inception of the Receivership through July 31, 2010 and shall be permitted to pay himself said amount from the sums currently held by the Receiver and/or which are to come into his possession.

    2.    The Receiver is granted leave to pay the Law Firm of Kantor, Davidoff, Wolfe, Mandelker, Twomey & Gallanty, P.C. by Gary Hoppe from the sums currently held by the

-1-

Receiver and/or sums which come into his possession, an interim counsel fee in the amount of $6,377.50 and to pay or reimburse Kantor, etc. the sum of $364.50 for disbursements incurred by the law firm on behalf of the Receiver, amounting in all to the sum of $6,742.00 for fees/disbursements incurred during the period from November 24, 2009 through July 31, 2010.

3.    The interim commission and interim counsel fees and disbursement payment authorized and to be paid pursuant to this Order are to be credited against any commission to which the Receiver may be entitled, and any counsel fees to which Kantor may be entitled, when the Receiver settles his final account.

This is the decision and Order of the court.

February 11, 2011
Bronx, New York

_____
BETTY OWEN STINSON, J.S.C.

-2-

# EXHIBIT "R"

EXHIBIT "R"

# KANTOR, DAVIDOFF, WOLFE, MANDELKER, TWOMEY & GALLANTY, P.C.

ATTORNEYS AT LAW

51 EAST 42ND STREET
NEW YORK, N.Y. 10017-5497
TELEPHONE: (212) 682-8383
FAX: (212) 949-5206

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York 10469

Invoice 37535

---

FOR PROFESSIONAL SERVICES RENDERED:

CLIENT/MATTER NO.: 0383.007
Re: Community Bank

November 01, 2011

| DATE | ATTORNEY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 07/01/11 | LAM | Revised formal motion to settle receiver's account; researched law; commenced drafting memo of law | 6.50 | 600.00 | 3900.00 |
| 07/05/11 | LAM | Completed first draft of Soloff affidavit; revised Sontag affidavit; revised draft Hoppe affirmation | 3.40 | 600.00 | 2040.00 |
| 07/06/11 | LAM | Continued drafting memo of law | 3.20 | 600.00 | 1920.00 |
| 07/07/11 | LAM | Telephone conferences with A.Sontag and A.Soloff; revised moving papers and affidavit | 4.20 | 600.00 | 2520.00 |
| 07/19/11 | LAM | Telephone conference with Receiver, with A.Soloff | 0.20 | 600.00 | 120.00 |
| 07/25/11 | LAM | Telephone conference with H.Zubli, with A.Sontag; letter to M.Tauber | 0.50 | 600.00 | 300.00 |
| 07/26/11 | LAM | Intraoffice conference with J.Lee re memo of law | 0.50 | 600.00 | 300.00 |
| 07/27/11 | JL | Confer with L. Mandelker regarding research and continued drafting of the Memorandum of law with respect to Bronx 8. | 0.25 | 350.00 | 87.50 |
| 07/28/11 | JL | Research and update cases to be incorporated into the Memorandum of law with respect to Bronx 8. | 4.50 | 350.00 | 1575.00 |
| 08/01/11 | JL | Shepardize and research additional cases relating to receiver s rights and commissions. Confer with L. Mandelker regarding the same; Revise memo of law by a receiver in support of Motion to Settle his Final Account, Discharge Receiver and Surety, and Cancel Surety Bond | 3.00 | 350.00 | 1050.00 |
| 08/01/11 | GH | Telephone conference with Mark Frankel; review of motion file and conference with LAM re: bankruptcy and stay. | 0.50 | 475.00 | 237.50 |
| 08/01/11 | LAM | Telephone conference with M.Frankel, with H.Zubli | 0.40 | 600.00 | 240.00 |

*To insure proper credit, please place invoice number on your check*

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York  10469

Invoice 37535

---

For Professional Services Rendered:

| Date | Attorney | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/02/11 | JL | Additional revisions to draft memo of law by a receiver in support of Motion to Settle his Final Account, Discharge Receiver and Surety, and Cancel Surety Bond. Confer with L. Mandelker regarding the same. | 3.00 | 350.00 | 1050.00 |
| 08/02/11 | GH | Attention to correspondence re: bankruptcy. | 0.10 | 475.00 | 47.50 |
| 08/02/11 | DK | Conference with L. Mandelker re receiver's motion | 0.10 | 350.00 | 35.00 |
| 08/02/11 | DK | Conference with court clerk re withdrawal of motion | 0.10 | 350.00 | 35.00 |
| 08/02/11 | MCK | Research bankruptcy code re: motion to settle account in bankruptcy court; telephone conference with Chambers (Robert Drain) for return date for motion; intraoffice conference with LAM | 0.60 | 450.00 | 270.00 |
| 08/03/11 | LAM | E-mail from M.Maidman; telephone conferences with A.Sontag, with A.Soloff; e-mail to M.Maidman | 0.30 | 600.00 | 180.00 |
| 08/15/11 | JL | Confer with L. Mandelker and M. Kesten regarding the memorandum of law. | 0.25 | 350.00 | 87.50 |
| 08/16/11 | MCK | Review draft of state court motion to settle receiver's account; begin drafting motion to bankruptcy court for same relief | 2.00 | 450.00 | 900.00 |
| 08/17/11 | MCK | Online review of Debtors' Bankruptcy Petition(s); revise and continue drafting motion to bankruptcy court | 2.00 | 450.00 | 900.00 |
| 08/23/11 | MCK | Draft Hoppe and Soloff Affidavits | 1.30 | 450.00 | 585.00 |
| 09/06/11 | LAM | Reviewed and revised draft motion in bankruptcy court to settle final account | 1.00 | 600.00 | 600.00 |
| 09/07/11 | MCK | Revise Receiver's Application; begin revising Memo of Law | 1.50 | 450.00 | 675.00 |
| 09/08/11 | MCK | Revise Motion, Application and supporting Affidavits; review and revise Memo of Law; research for same | 2.50 | 450.00 | 1125.00 |
| 09/09/11 | LAM | Revised memo and supporting papers | 0.70 | 600.00 | 420.00 |
| 09/12/11 | LAM | Telephone conference with E.Burger re return of premium; telephone conference with client; intraoffice conference with M.Kesten | 0.40 | 600.00 | 240.00 |
| 09/13/11 | MCK | Review changes to motion papers; draft proposed Order | 1.00 | 450.00 | 450.00 |
| 09/13/11 | LAM | Reviewed and revised proposed bankruptcy order | 0.70 | 600.00 | 420.00 |

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York  10469

Invoice 37535

---

FOR PROFESSIONAL SERVICES RENDERED:

| DATE | ATTORNEY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 09/19/11 | LAM | Telephone conference with A.Soloff; e-mail from A.Soloff; revised list of outstanding vendor bills | 0.80 | 600.00 | 480.00 |
| | Total Fees | | | | $22,790.00 |

CHRONOLOGICAL LIST OF EXPENSES

| | | |
|------|------|------|
| 06/30/11 | Federal Express charges | 24.85 |
| 06/30/11 | Photocopy charges | 10.50 |
| 06/30/11 | Telephone charges-AT&T | 10.05 |
| 07/18/11 | Motion filing fee | 45.00 |
| 07/31/11 | Federal Express charges | 89.50 |
| 07/31/11 | Photocopy charges | 362.00 |
| 07/31/11 | Telephone charges-AT&T | 16.10 |
| 07/31/11 | United Lawyers Services | 10.00 |
| 08/01/11 | Photocopy | 792.83 |
| 08/02/11 | Westlaw computer services | 99.70 |
| 08/31/11 | Postage charges | 1.45 |
| 08/31/11 | Telephone charges-AT&T | 14.95 |
| 08/31/11 | United Lawyers Services | 10.00 |
| | Total Expenses | $1,486.93 |

MATTER SUMMARY 0383.007

| | |
|------|------|
| Hours | 45.50 |
| Fees | $22,790.00 |
| Disbursements | $1,486.93 |
| Deposit or Credit | $0.00 |
| Total This Matter | $24,276.93 |

Open Invoices For Matter 0383.007 From Previous Billings:

| INVOICE | DATE | BALANCE |
|---------|------|---------|
| 36756 | 05/04/11 | $7,030.45 |
| 37119 | 07/07/11 | $15,363.10 |
| Balance Of Open Invoices | | $22,393.55 |

*To insure proper credit, please place invoice number on your check*

Mr. Albert Sontag
2307 Eastchester Road
Bronx, New York  10469

Invoice 37535

---

FOR PROFESSIONAL SERVICES RENDERED

### ATTORNEY SUMMARY

| | | |
|---|---|---|
| DK | 0.20 | $70.00 |
| GH | 0.60 | $285.00 |
| JL | 11.00 | $3,850.00 |
| LAM | 22.80 | $13,680.00 |
| MCK | 10.90 | $4,905.00 |

### INVOICE SUMMARY

| | |
|---|---|
| Hours | 45.50 |
| Fees | $22,790.00 |
| Disbursements | $1,486.93 |
| Total Of Invoice | $24,276.93 |

Balance Of Open Invoices          $22,393.55

Grand Total          $46,670.48

*To insure proper credit, please place invoice number on your check*

EXHIBIT "S"

EXHIBIT "S"

# Lawrence A. Mandelker

## Partner

T: 212-682-8383 ext. 30
F: 212-949-5206
mandelker@kantorlawonline.com

AV peer review rated by Martindale-Hubbell

### Admissions to Practice

New York, 1968
Pennsylvania, 1981 (inactive)
U.S. District Court, Southern District of New York, 1973
U.S. District Court, Eastern District of New York, 1973
U.S. District Court, Northern District of New York, 1995
Eastern District of Wisconsin, 1980
U.S. Court of Appeals, Second Circuit, 1979
U.S. Court of Appeals, Ninth Circuit, 1989

### Professional Associations

The Association of the Bar of the City of New York
New York County Lawyers Association

### Education

J.D., New York University Law School, 1968
B.A. Queens College of the City University of New York, 1964

### Areas of Practice

State and Federal Litigation
Government Relations Law
Election Law
Campaign Finance Law
Lobbying

### Publications

"Report on Preliminary Conference Orders in New York State Courts," New York City Bar Association, Council on Judicial Administration, June 2005
"Breaking Down the Barriers to Ballot Access: The 2000 New York Republican Presidential Primary," *Election Law Journal*, Volume 1, Number 3, 2002
"Unfree Speech: The Folly of Campaign Finance Reform" [book review], *New York Law Journal*
"Running for Judge" [book review], *New York Law Journal*
"Anatomy for Litigators" [book review], *New York Law Journal*
"Same Sex, Different States" [book review], *New York Law Journal*
"Is There a Right to Remain Silent?" [book review], *New York Law Journal*
"I Dissent" [book review], *New York Law Journal*, January 14, 2009
"Defending Humanity" [book review], *New York Law Journal*, January 20, 2009

## Recognition

*Panelist:*

"Are Open Primaries the Problem or the Solution?" New York County Lawyers, 2008

"Are Judicial Elections in Crises?", New York University Law School, 2007

"Non-Compliance with Pre-Trial Orders," Bench-Bar Forum held at Supreme Court, New York County, 2007

"Judicial Selection and Independence after White," Council of Chief Judges of the Appellate Judges Conference of the American Bar Association's Judicial Division, 2003

"Fair Trial – Free Press," symposium, Columbia University Graduate School of Journalism, 2003 (appointed by Chief Judge Kaye)

Permissible Campaign Speech by Candidates for Judicial Office," New York University Law School, 2003

Politics of the Constitutional Convention," The Association of the Bar of the City of New York, 1997|

"Party Selection of Delegates to National Conventions," The New School Seminar for Political Scientists, 1996

"Reform of Election Laws," The Association of the Bar of the City of New York, 1996

## Continuing Legal Education Teacher:

Lobbying and Campaign Finance: Complying with NYC's Doing Business Rules, The New York State Bar Association, 2008

Freedom of Information Law and Open Meetings Law, Lorman Educational Services, 2002

Election Law and Procedures at Appellate Division, Second Department, 2002 – 2005

## Experience

Lawrence Mandelker's reputation as an effective commercial litigator was forged in New York's state and federal courts, as well as courts in Boston, Los Angeles, Atlanta, Seattle and Alexandria, Va. He has litigated business torts (fraud, trade secret theft, unfair competition), real estate and financing issues, trademarks and patents, securities fraud, secured transactions, mortgage foreclosures, breach of fiduciary duty, corporate and partnership dissolutions, and commercial contract disputes, among other issues. He often serves as a court appointed fiduciary, and frequently, as a mediator and arbitrator.

Mr. Mandelker is probably best known in the field of government relations. He has counseled numerous candidates for public office (among them are Edward I. Koch, Rudolph Giuliani, Daniel Patrick Moynihan, and Michael Bloomberg) on election law and campaign finance issues. He has represented both the New York State Democratic and Republican parties, and advises trade associations and major campaign contributors on campaign finance and ballot access issues. He has also represented or advised the presidential campaigns of Jimmy Carter, Gary Hart, Robert Dole and George W. Bush. He is registered to lobby in New York State and New York City, and often counsels business entities on complying with state and city lobbying laws.

Mr. Mandelker is regularly quoted in the press and appears on television and radio talk shows. He often is invited to testify at public hearings on issues relating to retail businesses, court administration, judicial selection and conduct, and elections. His familiarity with business issues, commercial law and the workings of politics and

government have made him the "go to" counselor of choice for those with sensitive business and/or government issues. He frequently is invited to participate in educational programs for judges, lawyers and law students on significant legal issues of the day, and regularly reviews books for the *New York Law Journal*. Mr. Mandelker is the subject of a biographical sketch in *Who's Who in America*.

**Mr. Mandelker's public and community service includes:**
Counsel, New York State Athletic Commission (1995-2001)
Chairman, Assessment Review Board, Town of Lewisboro
Chairman, Board of Ethics, Town of Lewisboro
Law Secretary to Hon. Hilda G. Schwartz (Civil Court, 1970-1), (Supreme Court, New York County, 1972)
Chairman, Committee on Character and Fitness, Ninth Judicial District
Executive Committee Member, New York University Alumni Association
Former President, New York University Law School Alumni Association

# Gary Hoppe

## Partner

T: 212-682-8383 ext. 33
F: 212-949-5206
hoppe@kantorlawonline.com

AV peer review rated by Martindale-Hubbell

### Admissions to Practice

New York, 1978
U.S. Court of Appeals for the Second Circuit, 1986
U.S. Court of Appeals for the Fifth Circuit, 1979
U.S. Court of Appeals for the Eleventh Circuit, 1981
U.S. Court of Appeals for the Sixth Circuit, 1987
U.S. Court of Appeals for the District of Columbia Circuit, 1986
U.S. District Court for the Southern District of New York, 1978
U.S. District Court for the Eastern District of New York, 1978
U.S. District Court for the Northern District of New York, 1983
U.S. District Court for the Western District of New York, 1983.

### Professional Associations

The Association of the Bar of the City of New York
The Litigators Club
New York State Bar Association
New York City Bar Association

### Education

J.D., Harvard Law School, cum laude, 1977
B.A. State University of New York Teachers College at Oswego, summa cum laude, 1974

### Areas of Practice

Commercial Litigation
Appeals
Insurance Coverage
Corporate Transactions
Finance

### Experience

Gary Hoppe has over thirty years experience in litigation and alternative dispute resolution of matters involving contracts and business torts, employment issues, governmental regulation, franchising, and other commercial maters. He has represented both insurance carriers and insureds in coverage disputes. He served as Law Clerk to the Hon. Judith S. Kaye of the New York Court of Appeals from 1983 to 1984, and has handled appeals at all levels of the New York appellate courts, and in several United States Courts of Appeals. He has represented clients in arbitrations before securities regulatory panels, and domestic and international arbitral tribunals. As a member of the New York State and New York City Bar Associations, he has served on committees of state courts of superior jurisdiction and professional and judicial ethics, and has been an author and lecturer on practice topics. He is qualified under Part 36 to serve as a receiver and counsel to receivers and guardians.

# Matthew C. Kesten
## Partner

### Admissions to Practice
New York, 1985
U.S. District Court, Southern District of New York, 1985
U.S. District Court, Eastern District of New York, 1985
U.S. Court of Appeals, Second Circuit, 1996
Florida, 1999

### Professional Associations
New York State Bar Association

### Education
J.D., Benjamin N. Cardozo School of Law, 1984
B.A. Brandeis University, 1981

### Areas of Practice
Commercial Litigation
Matrimonial Litigation
Family Law
Employment Law

### Experience
Matthew Kesten represents individuals in domestic relations matters, including negotiation of pre- and post-nuptial agreements, alternate dispute resolution — litigating all phases of divorce actions and family court proceedings. Mr. Kesten has helped clients receive equitable distribution of assets, and negotiated custody, support, visitation and maintenance.

In the field of real estate, Mr. Kesten represents owners of commercial and residential properties, management companies, and brokerage firms in real estate and general commercial litigations as well as real estate operations. He has helped resolve construction-related matters, landlord-tenant disputes, management issues, and brokerage commission claims. He also represents lenders and borrowers to arrange mortgage and loan workouts, foreclosures, liens, and letters of credit disputes.

In the field of employment law, Mr. Kesten represents and advises clients involved in wrongful termination and discrimination claims, breach of employment agreements and non-compete obligations before the Equal Employment Opportunity Commission, state and city agencies, and in state and federal court.

# Daniel Kokhba
## Associate

### Admissions to Practice
New York, 2004
New Jersey, 2003
U.S. District Court, Southern District of New York, 2004
U.S. District Court, Eastern District of New York, 2004
U.S. District Court, District of New Jersey, 2003

### Education
J.D., Benjamin N. Cardozo School of Law, 2003
B.A. Columbia College, Columbia University, 2000

### Areas of Practice: Litigation

### Experience
Daniel Kokhba has been appearing in courts throughout New York and New Jersey representing individuals and businesses in commercial, real estate, employment and civil litigation. Mr. Kokhba has been conducting trials, drafting and arguing motions, and handling depositions.

Prior to joining Kantor, Davidoff, Daniel Kokhba was a solo practitioner and a senior associate at
Feldman, Rosman, P.C.

Mr. Kokhba is fluent in Spanish and Hebrew and conversational in French.

# Jennifer Lee
## Associate

**Admissions to Practice**
New York, 2007

**Education**
J.D., Brooklyn Law School, 2005, *cum laude*, Articles Editor, *Brooklyn Law Review,*
Richardson Merit Scholar
B.A., Dartmouth College, 2001

**Areas of Practice**
Litigation
Securities Litigation
White Collar Criminal Defense and Investigations
Insurance/Reinsurance Dispute Resolution
Employment
Real Estate

Jennifer Lee is an associate in the firm's Litigation Group, where her practice encompasses a broad range of complex matters including securities litigation, business torts and fraud, real estate, employment, insurance coverage disputes, and the resolution of commercial disputes involving class actions. She has experience in a wide range of matters in federal and state courts, conducting motion practice, appeals and discovery.

Ms. Lee has worked on pro bono matters in the areas of labor law and immigration law.

Ms. Lee is conversational in Korean.

EXHIBIT "T"

EXHIBIT "T"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In Re:

       2271 ASSOCIATES INC., et al.,

                            Debtors.

-------------------------------------------------------------------X

Case Nos. 11-23351
Through 11-23358 (RDD)
(Chapter 11)

**ORDER**

Albert Sontag ("Sontag" or "the Receiver"), the Temporary Receiver in a mortgage foreclosure action commenced in 2009 against all Debtors (as defendants) in the Supreme Court of the State of New York, Bronx County, now entitled Bronx VIII, LLC. v. 2345 Associates Inc., et al., (Index No. 308448/09) (hereinafter "the State Court Action"), having applied to this Court pursuant to Section(s) 105, 362 and/or 543 of the Bankruptcy Code for relief of the automatic stay, if necessary, and to settle his account and for related relief related to the receivership and his services as the Receiver in the State Court Action;

And said application having been duly served on all interested parties and having come on to be heard by this Court on November 2, 2011, and the Court, after due deliberation, having granted said application, it is

ORDERED, that the Receiver's application is granted; and it is further,

ORDERED, that the final account of Sontag, as set forth in his application to this Court, is approved; and it is further,

ORDERED, that a commission in the sum of $203,859.30 and reimbursements in the sum of $292.10 for expenses he advanced, making in all the sum of $204,151.40, are approved and awarded to Sontag; and it is further,

less the sum of $11,501.10 previously awarded by the State Court as and for an interim fee for services and disbursements, and less $11,873.90 advanced to Kantor, Davidoff, Wolfe, Mandelker, Twomey & Gallanty by the State Court Plaintiff's predecessor-in-interest on account of Kantor Davidoff's claim for attorney's fees and disbursements;

    (3)  additional fees in the amount of $31,002.50 to Kantor, Davidoff, Wolfe, Mandelker, Twomey & Gallanty, P.C. by Gary Hoppe, Esq., for services rendered by Kantor, Davidoff, Wolfe, Mandelker, Twomey & Gallanty, P.C. on behalf of Sontag subsequent to June 30, 2011, and additional disbursements in the amount of $1,360.83 incurred by Kantor, Davidoff, Wolfe, Mandelker, Twomey & Gallanty, P.C. on behalf of Sontag/the receivership after June 30, 2011, totaling in all the sum of $32,363.33;

    (4) $155,933.78 to Sontag to pay the balance due trade creditors whose outstanding bills to the estate for products and services used at the Premises had accrued, but were not yet due as of April 30, 2011 and which have only partially been paid.

Dated: White Plains, New York
   November ___, 2011

             _____
                 U.S.B.J.

ORDERED, that Sontag's prior payment of $292,569 in compensation to All City Realty Corp., by Raphael Soloff, his State Court appointed managing agent, is approved and ratified, *nunc pro tunc*; and it is further,

ORDERED, a counsel fee of $47,727.70 and reimbursements for disbursements made on behalf of the receivership of $1,040.85, for a total of $48,768.55, are approved and awarded Sontag's State Court appointed attorney, Kantor, Davidoff, Wolfe, Mandelker, Twomey & Gallanty, P.C., by Gary Hoppe, Esq.; and it is further,

ORDERED, that Sontag and his surety are hereby discharged from their respective positions and duties; and it is further,

ORDERED, that the surety bond previously obtained by Sontag is hereby cancelled or may be cancelled; and it is further,

ORDERED, that Bronx VIII, LLC, the plaintiff in the State Court Action, is hereby directed to make the make the following payments:

(1)     $27,099.66 to Sontag, representing $204,151.40 in commissions and expenses which have been approved for the period from November 9, 2009 through April 30, 2011, less the sum of $38,729 previously awarded by the State Court and received by Sontag as an interim commission, and less the sum of $138,323 advanced to and received by Sontag from the State Court Plaintiff's predecessor-in-interest on account of his claim for commissions;

(2)     $22,393.55 to Kantor, Davidoff, Wolfe, Mandelker, Twomey & Gallanty, P.C. by Gary Hoppe, Esq., representing $48,758.55 in fees and disbursements which have been approved for legal services rendered and disbursements incurred during the period November 24, 2009 through June 30, 2011,